FILED

2010 JUN -9  PM 3: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**VIA FAX**

**ORIGINAL**

1  MAYER BROWN LLP
   BRANDON BAUM (CBA No. 121318)
2  bbaum@mayerbrown.com
   Two Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA  94306-2112
4  Telephone: 650 331 2000
   Facsimile:  650 331 2060
5
   MAYER BROWN LLP
6  LISA M. FERRI (Pro Hac Vice to be filed)
   lferri@mayerbrown.com
7  BRIAN W. NOLAN (Pro Hac Vice to be filed)
   bnolan@mayerbrown.com
8  1675 Broadway
   New York, New York 10019
9  Telephone:212 506 2500
   Facsimile: 212 262 1910
10
11 Attorneys for Plaintiffs Zest IP Holdings, LLC
   and Zest Anchors, LLC
12
13             UNITED STATES DISTRICT COURT
14            SOUTHERN DISTRICT OF CALIFORNIA

               '10 CV 1232 WQH     POR

15 ZEST IP HOLDINGS, LLC, a Delaware limited    Case No.
   liability company; ZEST ANCHORS, LLC, a
16 Delaware limited liability company           **COMPLAINT FOR PATENT
                                                INFRINGEMENT, TRADEMARK
17             Plaintiffs,                       INFRINGEMENT, FALSE
                                                DESIGNATION OF ORIGIN, FALSE
18      v.                                       ADVERTISING, CALIFORNIA
                                                STATUTORY UNFAIR COMPETITION
19 BLUE SKY BIO, LLC, an Illinois limited        AND COMMON LAW UNFAIR
   liability company                            COMPETITION**
20
               Defendant.                        **JURY TRIAL REQUESTED**
21
22
23
24
25
26
27
28

Plaintiffs Zest IP Holdings, LLC and Zest Anchors, LLC file this Complaint against Blue Sky Bio, LLC and state as follows:

### THE PARTIES

1.    Plaintiff Zest IP Holdings, LLC ("Zest Holdings") is a limited liability company organized under the laws of Delaware with a place of business at 2061 Wineridge Place, Escondido, California.

2.    Plaintiff Zest Anchors, LLC ("Zest Anchors") is a limited liability company organized under the laws of Delaware with a place of business at 2061 Wineridge Place Escondido, California.   Zest Holdings and Zest Anchors are hereinafter jointly referred to as "Zest".

3.    Upon information and belief, Defendant Blue Sky Bio, LLC ("Blue Sky Bio") is a limited liability company organized and existing under the laws of Illinois with a place of business at 888 E Belvidere Road, Suite 212, Grayslake, Illinois 60030-2571.

4.    Upon information and belief, Blue Sky Bio manufactures, offers for sale and sells products including, but not limited to, the "Overdenture Implant Kit", "Overdenture Abutment-1mm", "Overdenture Abutment-2mm", "Overdenture Abutment-3mm", "Complete Flat Snap Restorative Kit", "Replacement Inserts Strong Retention", "Replacement Inserts Medium/Light Retention", and "Titanium Housing" dental attachment products (hereinafter "Overdenture Implant Products"). Blue Sky Bio offers the Overdenture Implant Products for sale on its website www.blueskybio.com and sells the products throughout the United States to dentists, periodontists, prosthodontists, and oral surgeons, including within the State of California and this judicial district.

### JURISDICTION AND VENUE

5.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a)-(b) and 15 U.S.C. § 1121, as this is an action arising under the patent and trademark laws of the United States. Zest's patent infringement claims arise under the United States Patent Laws, 35 U.S.C. § 1 *et seq.*, while the trademark infringement, false designation of origin and false advertising claims arise under 15 U.S.C. § 1051 *et seq.* (the "Lanham Act"). This Court has

1   supplemental subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

2       6.    This Court has personal jurisdiction over Blue Sky Bio as it has conducted and

3   does conduct business within the State of California and within this judicial district.  Blue Sky

4   Bio directly or through intermediaries (including distributors, retailers, and others),

5   manufactures, ships, distributes, offers for sale, sells, and advertises its products in the United

6   States, the State of California, and within this judicial district.  Blue Sky Bio has purposefully

7   and voluntarily offered for sale and sold one or more of its infringing products with the

8   expectation that they will be purchased by consumers within this state and judicial district.  Blue

9   Sky Bio's Implant Overdenture Products have been shipped into and purchased within the State

10  of California, and more specifically, within this judicial district.

11      7.    Venue is proper in the Southern District of California under 28 U.S.C.  §§ 1391

12  and 1400(b), as Blue Sky Bio has done business in this judicial district, has committed, and

13  continues to commit, acts of patent and trademark infringement in the State of California and in

14  this judicial district and is subject to personal jurisdiction in this State and district.

### BACKGROUND AND GENERAL ALLEGATIONS

16      8.    Zest is a global leader in the research, development and manufacturing of dental

17  attachment systems for securing prosthetic overdentures.  The original Zest Anchor attachment

18  was introduced in 1971 followed by a number of highly successful products, including the

19  LOCATOR® attachment system, which was introduced to consumers after regulatory approval in

20  2001.  Since that time, the LOCATOR® product line of attachments has achieved worldwide

21  acceptance as the premier overdenture attachment system in the dental industry.

22      9.    In order to protect its valuable, proprietary technology, Zest Anchors, Inc.

23  (predecessor company) obtained United States Patent No. 6,030,219 and United States Patent

24  No. 6,299,447 (collectively "the Asserted Patents" or the "Patents-in-Suit" and attached hereto as

25  Exhibit A and Exhibit B, respectively).  The Patents-in-Suit issued to inventors Paul Zuest and

26  Scott Mullaly, both employees of Zest Anchors.  The inventions described and claimed in the

27  Patents-in-Suit cover a variety of novel improvements in the field of dental attachments.  The

28  novel dental attachment system described and claimed therein, which is marketed and sold under

1    the brand LOCATOR® has become the gold standard within the dental industry.

2        10.    Zest's LOCATOR® attachment system is sold by Zest and a worldwide network

3    of distributors, who are authorized to market and sell the LOCATOR® line of products pursuant

4    to the terms and conditions of a Distribution Agreement. The Distribution Agreement provides a

5    limited right to market and sell the LOCATOR® attachment system under Zest's well-known

6    brand. Zest ensures the quality of its products and protects the value of its goodwill by

7    maintaining a distribution program through which distributors can sell the authentic LOCATOR®

8    attachment system from Zest.

9        11.    Zest Anchors, Inc. also registered its valuable trademark rights with the U.S.

10   Patent and Trademark Office, receiving registrations for ZEST® (U.S. Registration Nos. 989,049

11   and 1,251,485) and LOCATOR® (U.S. Registration No. 2,559,602), among others. Copies of the

12   ZEST® and LOCATOR® registrations are attached hereto as Exhibit C and Exhibit D,

13   respectively.

14       12.    U.S. Registration 989,049 for ZEST®, which registered on July 23, 1974, covers

15   "Anchor for use in support and retention of full and partial dentures" in International Class 10. It

16   claims a first use date of at least as early as October 31, 1971. This registration has been

17   renewed since its registration date, and it became incontestable on October 29, 1979.

18       13.    U.S. Registration 1,251,485 for ZEST®, which registered on September 20, 1983,

19   covers "Gel for treatment of exposed tooth surfaces involved in overdenture retention" in

20   International Class 05. It claims a first use date of at least as early as October 7, 1981. This

21   registration has been renewed since its registration date, and it became incontestable on

22   December 8, 1988.

23       14.    Through decades of use, Zest has also accrued substantial common law rights and

24   significant goodwill in the name and trademark ZEST used in connection with dental

25   attachments.

26       15.    U.S. Registration No. 2,559,602 for LOCATOR®, which registered on April 9,

27   2002, covers "dental implants and attachments" in International Class 10. It claims a first use

28   date of at least as early as September 9, 1999. This registration has been renewed since its

-4-

1    registration date, and it became incontestable on November 23, 2007.

2        16.     Zest Holdings acquired all rights and title to U.S. Patent No. 6,030,219 and U.S.

3    Patent No. 6,299,447, U.S. Registration Nos. 989,049; 1,251,485 and 2,559,602 as well as all

4    common law and other intellectual property rights, via assignment in December 2009. Zest

5    Anchors is the exclusive licensee of Zest Holdings' intellectual property rights.

6        17.     Blue Sky Bio offers for sale and/or sells the Overdenture Implant Products on its

7    website, www.blueskybio.com, Blue Sky Bio markets these products in conjunction with Zest's

8    ZEST® mark. Upon information and belief, Blue Sky Bio manufactures the Overdenture Implant

9    Products or has the Overdenture Implant Products manufactured.

10       18.     Upon information and belief, Blue Sky Bio is infringing the Asserted Patents

11    through its manufacture, use, offer for sale and sale of the Overdenture Implant Products, and is

12    inducing and/or contributing to the infringement of the Asserted Patents by providing

13    instructions to use the Overdenture Implant Products with "Zest Housings and Inserts" and by

14    offering the Overdenture Implant Products specifically for use in the patented Zest® dental

15    attachment system.

16       19.     Upon information and belief, Blue Sky Bio had knowledge of the Patents-in-Suit,

17    and, despite an objectively high likelihood that its actions constituted infringement, began

18    offering its Overdenture Implant Products.

19       20.     Upon information and belief, Blue Sky Bio markets and distributes the

20    Overdenture Implant Products in conjunction with the trademark ZEST® in a manner that falsely

21    and unfairly implies that the product is a genuine Zest product or is affiliated with, licensed or

22    sponsored by Zest.

23       21.     Zest has never authorized Blue Sky Bio to use any of its trademarks in connection

24    with Blue Sky Bio's own products, nor has Zest authorized Blue Sky Bio to make the false and

25    misleading statements noted herein.

26       22.     Upon information and belief, Blue Sky Bio began using, and continues to use,

27    Zest's ZEST® mark with full and actual knowledge and awareness of Zest's use of and rights to

28    the mark. Moreover, Zest's federal registration of ZEST® (U.S. Registration Nos. 989,049 and

1  1,251,485) provides constructive notice of Zest's ownership of the mark.  Thus, Blue Sky Bio is

2  using Zest's trademark, without authorization, despite having both actual and constructive

3  knowledge of Zest's rights.  Furthermore, Blue Sky Bio has and continues to make improper use

4  of the Zest® marks on its website by failing to indicate that Zest® is a registered trademark.

5        23.  Blue Sky Bio's advertising and other materials contain false and misleading

6  representations about Blue Sky Bio's products which are likely to influence consumers'

7  purchasing decisions.

8        24.  Blue Sky Bio's use of Zest's ZEST® mark will cause confusion, deception, or

9  mistake because consumers are likely to assume that Zest has sponsored, authorized, or approved

10  such use.

11        25.  Blue Sky Bio's unauthorized use of Zest's incontestable ZEST® mark in

12  connection with identical and highly similar goods and services through identical marketing

13  channels is likely to cause consumer confusion.

14        26.  Blue Sky Bio has and continues to make improper use of Zest's LOCATOR®

15  mark on its website by Zest's failure to indicate that LOCATOR® is a registered trademark of

16  Zest.

17        27.  Blue Sky Bio's acts of infringement have been and continue to be egregious,

18  willful, intentional, and in wanton disregard of Zest's rights.

19        28.  By misappropriating Zest's patented technology and by utilizing Zest's registered

20  trademark on the Overdenture Implant Products' marketing and advertisements in such a way

21  that is likely to cause consumer confusion as to the source, sponsorship or affiliation of the

22  products, Blue Sky Bio is infringing Zest's intellectual property and is wrongfully and unfairly

23  exploiting Zest's name and reputation.

24  **FIRST CLAIM**

25  **INFRINGEMENT OF U.S. PATENT NO. 6,030,219**

26        29.  Zest incorporates by reference paragraphs 1 – 28  as if fully set forth herein.

27        30.  Zest Holdings is the owner by assignment of all right, title and interest in and to

28  United States Patent No. 6,030,219 ("the '219 patent").

31.     The '219 patent is entitled "Dental Attachment Assembly." A true and correct copy of the '219 patent is attached hereto as Exhibit A.  On February 29, 2000, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '219 patent and it was assigned to Zest Anchors, Inc.  In December 2009, the '219 patent was assigned to Zest Holdings.

32.     By virtue of its ownership of the '219 patent, Zest Holdings has the right to sue for infringement of the '219 patent and to recover damages for infringement of such patent.  Zest Anchors, as the exclusive licensee of the '219 patent, has the right to sue for infringement of the '219 patent and to recover damages for infringement of such patent.

33.     Zest is informed and believes, and on that basis alleges, that Blue Sky Bio has directly infringed, actively induced infringement of, and/or contributorily infringed the '219 patent in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale, and/or importing into the United States dental attachments or dental implants covered by the '219 patent.

34.     On information and belief, Blue Sky Bio's infringement of the '219 patent has been willful, entitling Zest to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs under 35 U.S.C. § 285.

35.     On information and belief, Blue Sky Bio will continue to infringe and willfully infringe the '219 patent unless it is enjoined from doing so by this Court.

36.     On information and belief, Blue Sky Bio's infringement of the '219 patent is irreparably injuring and damaging Zest, and such injury and damage will continue unless Blue Sky Bio is permanently enjoined by this Court from further infringement and willful infringement of the '219 patent.

## SECOND CLAIM
## INFRINGEMENT OF U.S. PATENT NO. 6,299,447

37.     Zest incorporates by reference paragraphs 1 – 28 as if fully set forth herein.

38.     Zest Holdings is the owner by assignment of all right, title and interest in and to United States Patent No. 6,299,447 ("the '447 patent").

39.     The '447 patent is entitled "Dental Attachment Assembly." A true and correct copy of the '447 patent is attached hereto as Exhibit B.  On October 9, 2001, the USPTO duly and legally issued the '447 patent and it was assigned to Zest Anchors, Inc.  In December 2009, the '447 patent was assigned to Zest Holdings.

40.     By virtue of its ownership of the '447 patent, Zest Holdings has the right to sue for infringement of the '447 patent and to recover damages for infringement of such patent. Zest Anchor, as the exclusive licensee of the '447 patent, has the right to sue for infringement of the '447 patent and to recover damages for infringement of such patent.

41.     Zest is informed and believes, and on that basis alleges, that Blue Sky Bio has directly infringed, actively induced infringement of, and/or contributorily infringed the '447 patent in violation of 35 U.S.C.  § 271 by making, using, selling, offering for sale, and/or importing into the United States dental attachments or dental implants covered by the '447 patent.

42.     On information and belief, Blue Sky Bio's infringement of the '447 patent has been willful, entitling Zest to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs under 35 U.S.C. § 285.

43.     On information and belief, Blue Sky Bio will continue to infringe and willfully infringe the '447 patent unless it is enjoined from doing so by this Court.

44.     On information and belief, Blue Sky Bios' infringement of the '447 patent is irreparably injuring and damaging Zest, and such injury and damage will continue unless Blue Sky Bio is permanently enjoined by this Court from further infringement and willful infringement of the '447 patent.

## THIRD CLAIM
## TRADEMARK INFRINGEMENT

45.     Zest incorporates by reference paragraphs 1 – 28 as if fully set forth herein.

46.     Zest owns various registered trademarks pertaining to its dental attachment products, including registrations for ZEST® (U.S. Registration Nos. 989,049 and 1,251,485) and LOCATOR® (U.S. Registration No. 2,559,602), attached hereto as Exhibit C and Exhibit D,

1   respectively.

2       47.     These marks are valid and legally protectable, and are incontestable under 15

3   U.S.C. §§ 1065 and 1115(b).  Blue Sky Bio is using  Zest's registered trademarks, without Zest's

4   authorization, in interstate commerce in connection with the sale, offering for sale, distribution,

5   and advertising of goods and services which compete with Zest's goods offered in connection

6   with its registered trademarks.

7       48.     Zest's use of the ZEST and LOCATOR marks predates Blue Sky Bio's use of

8   those marks.

9       49.     Blue Sky Bio's unauthorized use of Zest's registered marks in connection with

10  goods and services that compete with Zest's goods has caused, and will continue to cause,

11  confusion, mistake and deceit such that it constitutes trademark infringement in violation of §

12  32(a) of the Lanham Act, 15 U.S.C. § 1114(1)(A).

13      50.     Blue Sky Bio's acts as described herein infringe Zest's registered marks and

14  irreparably injure Zest's business, reputation, and good will, and unless restrained and enjoined,

15  will continue to do so.

16      51.     Upon information and belief, Blue Sky Bio's infringement of the Zest trademarks

17  as alleged herein is willful and intentional and thus constitutes an exceptional case, which

18  entitles Zest to an award of Blue Sky Bio's profits, Zest's damages, costs and attorneys' fees,

19  pursuant to 15 U.S.C. §1117(a).

20                              **FOURTH CLAIM**

21                      **FALSE DESIGNATION OF ORIGIN**

22      52.     Zest incorporates by reference paragraphs 1 – 28 as if fully set forth herein.

23      53.     Zest has common law trademark rights in the marks ZEST and LOCATOR,

24  among others.  These marks are valid and legally protectable, because they have become well

25  and favorably known throughout the United States, including California, as indicators of goods

26  and services emanating from or authorized by a single source—Zest.

27      54.     Blue Sky Bio has caused goods and services to enter into interstate commerce that

28  have been sold in conjunction with Zest's common law trademarks and service marks.  Blue Sky

1    Bio's use of Zest's trademarks in connection with identical or highly similar goods and services

2    falsely suggests that these goods and services are connected with, sponsored by, or affiliated with

3    Zest.

4         55.    Such use of Zest's marks is a false designation of origin which has caused and

5    will continue to cause confusion and mistake and to deceive as to the affiliation, connection or

6    association of Blue Sky Bio with Zest in violation of § 43(a) of the Lanham Act, 15 U.S.C. §

7    1125(a).

8         56.    As a direct and proximate result of Blue Sky Bio's activities, Zest has suffered

9    damages and, unless Blue Sky Bio is enjoined, Zest will continue to suffer monetary loss and

10   irreparable injury to its business, reputation and goodwill.

11        57.    Upon information and belief, Blue Sky Bio's false designation of origin as alleged

12   herein is intentional and constitutes an exceptional case.  Accordingly, Zest is entitled to an

13   award of Blue Sky Bio's profits, Zest's damages, costs and attorneys' fees, pursuant to 15 U.S.C.

14   § 1117(a) and as otherwise provided by law.

15                     **FIFTH CLAIM**

16                  **FALSE ADVERTISING**

17   58.    Zest incorporates by reference paragraphs 1 – 28 as if fully set forth herein.

18   59.    Blue Sky Bio's use of Zest Anchor's trademarks set forth herein is likely to cause

19   confusion in the marketplace.

20   60.    The likelihood of confusion created in the marketplace is attributable to Blue Sky Bio's

21   false and misleading representations that it or its Overdenture Implant Products are affiliated

22   with Zest and that its goods are authorized by Zest, which constitutes false advertising in

23   violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

24   61.    Blue Sky Bio is using these and other false or misleading descriptions or representations

25   of fact in interstate commerce and in connection with goods and services in commercial

26   advertising or promotion.

27   62.    Blue Sky Bio's false or misleading descriptions or representations of fact misrepresent

28   Blue Sky Bio's commercial activities, and are likely to deceive a substantial portion of the

1    intended audience.

2    63.    Blue Sky Bio's false or misleading descriptions or representations of fact are material

3    because they are likely to influence consumers' purchasing decisions.

4    64.    Blue Sky Bio's actions are causing irreparable injury to Zest's business, reputation and

5    goodwill, and unless restrained and enjoined, will continue to do so.  Accordingly, Zest has

6    suffered damages in an amount to be proved at trial.

7                                    **SIXTH CLAIM**

8    **UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200, *ET SEQ.*)**

9    65.    Zest incorporates by reference paragraphs 1 – 28 as if fully set forth herein.

10   66.    Zest has not consented to Blue Sky Bio's use of its trademarks, including ZEST and

11   LOCATOR, in conjunction with its products, namely the Overdenture Implant Products.

12   67.    Blue Sky Bio's conduct, namely, its intentional unauthorized use of Zest's trademarks in

13   a manner that is likely to cause consumer confusion, constitutes unfair competition under

14   California Business and Professions Code § 17200, *et seq.*

15   68.    Blue Sky Bio's actions are unlawful, unfair and/or fraudulent.

16   69.    As a result of Blue Sky Bio's unfair competition, Zest has suffered economic injury in an

17   amount to be determined at trial.

18   70.    As a result of Blue Sky Bio's unfair competition, Zest has suffered irreparable injury to

19   its business, reputation, and goodwill.  Zest will continue to suffer irreparable injury unless Blue

20   Sky Bio's misconduct is enjoined by this Court.

21                                   **SEVENTH CLAIM**

22                          **COMMON LAW UNFAIR COMPETITION**

23   71.    Zest incorporates by reference paragraphs 1 – 28 as if fully set forth herein.

24   72.    Zest has not consented to Blue Sky Bio's use of its trademarks, including ZEST and

25   LOCATOR, in conjunction with its products, namely the Overdenture Implant Products.

26   73.    Blue Sky Bio's use of Zest's marks is being conducted with the intent to deceive the

27   public into believing that Blue Sky Bio's goods and services are affiliated with Zest.  Blue Sky

28   Bio's unauthorized use of Zest's marks constitutes passing off and unfair competition in

                                            -11-

1    violation of the common law of California.

2    74.     As a result of Blue Sky Bio's common law unfair competition, Zest has suffered damages

3    in an amount to be determined at trial.

4    75.     As a result of Blue Sky Bio's common law unfair competition, Zest has suffered

5    irreparable injury to its business, reputation, and goodwill.  Zest will continue to suffer

6    irreparable injury unless Blue Sky Bio's misconduct is enjoined by this Court.

7                                    **PRAYER FOR RELIEF**

8          WHEREFORE, Zest prays for the following relief:

9          1.      A judgment that Blue Sky Bio has infringed, induced the infringement and/or

10   contributed to the infringement and infringes, induces the infringement and/or contributes to the

11   infringement of the '219 patent and the '447 patent;

12         2.      A judgment that Blue Sky Bio has infringed and infringes Zest's registered and

13   common law trademarks, including ZEST and LOCATOR;

14         3.      An order permanently enjoining Blue Sky Bio, its agents, officers, directors,

15   assigns and others acting in concert with any of them from infringing, inducing and/or

16   contributing  to the infringement of the '219 patent and the '447 patent;

17         4.      A order permanently enjoining Blue Sky Bio, its agents, officers, directors,

18   assigns and others acting in concert with any of them from using, including but not limited to

19   selling, or otherwise exploiting or attempting to exploit, Zest's trademarks for and/or in

20   connection with any business involving the offer or sale of the Overdenture Implant Products;

21         5.      An award of damages to compensate Zest for Blue Sky Bio's infringement of the

22   '219 patent and the '447 patent;

23         6.      An award of damages to compensate Zest for Blue Sky Bio's infringement of

24   Zest's trademarks ZEST and LOCATOR;

25         7.      An award of prejudgment interest and post-judgment interest on the damages

26   awarded for Blue Sky Bio's infringement of  the '229 patent and the '447 patent and Zest's

27   trademark;

28         8.      A judicial determination that Blue Sky Bio has willfully infringed the '229 and

                                            -12-

1   '447 patents and Zest's trademark, and that treble damages should be awarded pursuant to 35

2   U.S.C. § 284;

3       9.    That this case be deemed an exceptional case and Zest be awarded its attorneys'

4   fees and costs pursuant to 35 U.S.C. § 285;

5       10.    That this case be deemed an exceptional case within the meaning of 15 U.S.C.

6   §1117(a) and Zest be awarded its attorneys' fees and costs;

7       11.    A judgment ordering Blue Sky Bio, pursuant to 15 U.S.C. § 1116(a), to file with

8   this Court and serve upon Zest within thirty (30) days after entry of the injunction, a report in

9   writing under oath setting forth in detail the manner and form in which Blue Sky Bio has

10  complied with the injunction and implemented adequate and effective means to discontinue

11  services under Zest's intellectual property;

12      12.    A judgment ordering Blue Sky Bio, pursuant to 15 U.S.C. § 1118, delete, destroy

13  or to deliver up for destruction all brochures, flyers, signs, stationary, insignia, package inserts,

14  marketing materials, and advertisements, including materials posted to www.blueskybio.com or

15  any other Internet website, whether in electronic or hardcopy form, or otherwise in Blue Sky

16  Bio's possession or under its control, bearing ZEST and/or LOCATOR;

17      13.    A judgment that Blue Sky Bio, pursuant to 15 U.S.C. § 1117(a), account for and

18  disgorge to Zest all of the profits realized by Blue Sky Bio, or others acting in concert or

19  participating with it, resulting from Blue Sky Bio's acts of trademark infringement, false

20  advertising and false designation of origin relating to Defendants' use of the mark;

21      14.    A judgment that Blue Sky Bio be enjoined pursuant to Cal. Business and

22  Professions Code § 17203, and that the Court make such orders as to restore to Zest any money

23  or property acquired by means of such unfair competition.

24  ////

25  ////

26  ////

27  ////

28  ////

15. Awarding Zest such other and further relief that the Court deems just and proper.

Date: June 9, 2010                              MAYER BROWN LLP

                                                By: _____
                                                    Brandon Baum
                                                    Attorneys for Plaintiffs Zest IP Holdings,
                                                    LLC and Zest Anchors, LLC

## JURY DEMAND

Zest hereby demands a jury trial on all issues triable to the jury.

Date: June 9, 2010                              MAYER BROWN LLP

                                                By: _____
                                                    Brandon Baum
                                                    Attorneys for Plaintiffs Zest IP Holdings,
                                                    LLC and Zest Anchors, LLC

# Exhibit A



US006030219A

# United States Patent [19]

## Zuest et al.

[11]   Patent Number: **6,030,219**

[45]   Date of Patent: **Feb. 29, 2000**

[54]   **DENTAL ATTACHMENT ASSEMBLY**

[75]   Inventors: **Paul T. Zuest**, Escondido; **Scott Mullaly**, San Marcos, both of Calif.

[73]   Assignee: **Zest Anchors, Inc.**, Escondido, Calif.

[21]   Appl. No.: **09/170,585**

[22]   Filed: **Oct. 13, 1998**

[51]   Int. Cl.[7] ...................................... **A61C 13/12**

[52]   U.S. Cl. .............................. **433/181; 433/172**

[58]   Field of Search ............... 433/172, 173, 433/174, 181, 182, 191, 193, 194, 177, 178

[56]   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 711,324 | 10/1902 | Lacy | 433/173 |
| 866,340 | 9/1907 | Roach | 433/177 |
| 3,514,858 | 6/1970 | Silverman | 433/174 |
| 3,787,975 | 1/1974 | Zuest | 433/182 |
| 3,991,472 | 11/1976 | Lukesch | 433/169 |
| 4,158,256 | 6/1979 | Wiland et al. | 433/219 |
| 4,290,755 | 9/1981 | Scott | 433/173 |
| 4,431,416 | 2/1984 | Niznick | 433/174 |
| 4,488,874 | 12/1984 | Soifer | 433/173 |
| 4,488,875 | 12/1984 | Niznick | 433/173 |
| 4,540,367 | 9/1985 | Sulc | 433/181 |
| 4,547,156 | 10/1985 | Hader | 433/172 |
| 4,626,213 | 12/1986 | Shiner et al. | 433/173 |
| 4,645,453 | 2/1987 | Niznick | 433/173 |
| 4,657,510 | 4/1987 | Gittleman | 433/173 |
| 4,738,623 | 4/1988 | Driskell | 433/173 |
| 4,780,080 | 10/1988 | Haris | 433/173 |
| 4,793,808 | 12/1988 | Kirsch | 433/173 |
| 4,832,601 | 5/1989 | Linden | 433/173 |
| 4,854,872 | 8/1989 | Detsch | 433/173 |
| 4,907,969 | 3/1990 | Ward | 433/173 |
| 4,932,868 | 6/1990 | Linkow et al. | 433/174 |
| 4,934,935 | 6/1990 | Edwards | 433/174 |
| 4,957,438 | 9/1990 | Bax | 433/180 |
| 4,988,297 | 1/1991 | Lazzara et al. | 433/173 |
| 5,007,835 | 4/1991 | Valen | 433/174 |
| 5,030,095 | 7/1991 | Niznick | 433/173 |
| 5,092,770 | 3/1992 | Zakula | 433/172 |
| 5,120,222 | 6/1992 | Sulc | 433/181 |
| 5,194,000 | 3/1993 | Dury | 433/173 |
| 5,195,891 | 3/1993 | Sulc | 433/173 |
| 5,211,561 | 5/1993 | Graub | 433/172 |
| 5,417,570 | 5/1995 | Zuest et al. | 433/177 |
| 5,520,540 | 5/1996 | Nardi et al. | 433/172 |
| 5,556,280 | 9/1996 | Pelak | 433/172 |
| 5,636,989 | 6/1997 | Somborac | 433/173 |
| 5,678,997 | 10/1997 | De Buck | 433/181 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 037 864 | 10/1981 | European Pat. Off. . |
| 3403 448 | 2/1984 | Germany . |
| WO 89/06941 | 8/1989 | WIPO . |

### OTHER PUBLICATIONS

The Stern Era, A New Era in Attachment Dentistry Brochure, APM–Sterngold, 1990.

*Primary Examiner*—John J. Wilson
*Assistant Examiner*—Patrick A. Hilsmier
*Attorney, Agent, or Firm*—Brown, Martin, Haller & McClain, LLP

[57]   **ABSTRACT**

A dental attachment assembly has an abutment member for attachment to a tooth root, implant, or adjacent tooth, and a male member for hinged engagement in a cap secured in a dental appliance. The male and abutment members are designed for releasable snap engagement to secure the members together. A skirt projects from the upper end of the male retention member and engages an outer locating surface of the abutment member as the members are secured together, acting to align the male member with the abutment members.

**28 Claims, 5 Drawing Sheets**





FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5



FIG. 6

FIG. 7

FIG. 8

FIG. 9

FIG. 10

FIG. 11

FIG.12

FIG.13

FIG.14

FIG.15



FIG. 16



FIG. 17

FIG. 18

FIG. 19

FIG. 20

6,030,219

1

**DENTAL ATTACHMENT ASSEMBLY**

BACKGROUND OF THE INVENTION

The present invention relates to dental attachment or anchoring structures for attaching dental appliances such as overdentures, partial dentures, and the like to a remaining non-vital root, an adjacent tooth, or to an endosseus implant.

In U.S. Pat. No. 5,417,570 of Zuest et al., a dental anchor assembly is described in which a female part for attachment to a tooth root or implant has a socket, and a male part has a first end for snap engagement in the socket and a second end in swivel engagement in a cap for securing in a recess in a dental appliance. This provides for some relative movement at both ends of the male part, reducing the risk of excessive wear and loosening of the attachment.

It has been found that, in use, it is sometimes difficult for the wearer to properly locate the female socket, so that the mating, retentive end or head of the male part may hit the edge of the female part when the wearer inserts the denture. Repeated impacts of this type may damage the retentive head of the male, reducing or losing the retention force required for proper operation of the attachment.

Other prior art attachments utilize a male head which is in releasable snap engagement with a female socket, but do not provide a double hinging action since the male part is secured in the denture cap with no freedom of movement. Also, these arrangements do not always avoid the risk of damage to the retentive head of the male due to improper alignment with the female when re-inserting the denture or appliance. U.S. Pat. No. 5,195,890 of Sulc describes an attachment in which the cap and male are formed in one part, the cap having an integral, internal projection forming the male retentive head. U.S. Pat. No. 5,556,280 of Pelak describes an attachment system in which a male member is of cup-shaped structure, with an internal projection for snap-fit retention in the female socket. The male member is embedded in a receptacle or directly in the appliance.

SUMMARY OF THE INVENTION

It is an object of the present invention to provide a new and improved dental attachment assembly.

According to one aspect of the present invention, a dental attachment assembly is provided, which comprises a female socket member for attachment to a tooth root, implant, or adjacent tooth, the socket member having an upper end, a socket projecting inwardly from the upper end, and an outer locating surface portion projecting downwardly from the upper end, the outer locating surface portion being positioned to project above the tissue level when the socket member is secured in a tooth root or implant, a male retention member having an upper end comprising a swivel joint for swivel engagement in a recess in a dental appliance, a retention head projecting from the upper end for releasable snap engagement in the female socket, and a skirt projecting from the upper end of the male retention member surrounding the retention head, the skirt having a lower end for engaging the outer locating surface portion of the female socket member for aligning the retention head with the socket as the male retention member is secured to the female socket member.

Preferably, the skirt has an inner surface which is concave and does not contact the outer locating surface portion of the female socket member along the entire height of the attachment when the male and female members are secured together. The lower end of the skirt preferably projects

2

below the retention head so that it will contact the locating surface portion of the female socket member prior to the retention head, reducing or avoiding the risk of damaging the head.

The outer locating surface portion of the socket member may have an outward taper for better centering of the male retention head. Alternatively, the outer locating surface portion of the female or socket member and the corresponding inner surface of the skirt of the male retention member may have corresponding snap engaging formations so that the skirt snaps into releasable locking engagement over the locating surface. In one embodiment, the locating surface has an outwardly bulging upper portion, while the inner surface of the skirt has a corresponding concave ring portion for snap engagement over the upper portion. This provides outside as well as inside snap retention of the dental appliance on the female member. This will reduce wear and increase the lifetime of the attachment. Alternatively, in this case, the inner snap engagement may not be needed, and the retention head and corresponding socket may be eliminated.

In a preferred embodiment of the invention, the outer locating surface portion of the female socket member has formations such as a pair of diametrically opposed notches for engagement with an insertion tool for engaging the female member with a tooth root or implant. A weep hole preferably connects the socket to the outside of the female member for allowing saliva to escape and reducing hydraulic pressure resulting from the male engagement in the female socket.

The female socket member may form an angled abutment for anchoring to implants extending at various implants. The angled abutment has a lower, connecting portion for securing the socket member to an implant or tooth root, the lower portion having a first axis, and an upper portion in which the socket is located, the socket having a second central axis at an angle to the first axis. Abutment members at various angles are provided.

According to another aspect of the invention, an attachment assembly is provided for securing a dental appliance in a gap adjacent to an abutment tooth. The assembly comprises a female socket member having an upper end, a socket projecting downwardly from the upper end, an attachment extending to one side of the socket for securing the socket member to a tooth, the socket member having an outer locating surface portion projecting downwardly from the upper end, a male retention member having an upper end comprising a swivel joint for swivel engagement in a recess in a dental appliance, a retention head projecting from the upper end for releasable snap engagement in the female socket, and a skirt projecting from the upper end of the male retention member surrounding the retention head, the skirt having a lower end for engaging the outer locating surface portion of the female socket member for aligning the retention head with the socket as the male retention member is secured to the female socket member. The skirt and locating surface may be designed for releasable snap engagement with one another for better retention.

According to another aspect of the invention, a dental attachment assembly is provided which comprises a first member for attachment to a tooth root, implant, or adjacent tooth and a second member having an upper end comprising a swivel joint for swivel engagement in a recess in a dental appliance. The first member has an upper end and an outer locating surface portion positioned to project above the tissue level when the first member is secured to a tooth root, implant, or adjacent tooth. The second member is generally

6,030,219

3

cup-shaped and has an upper end and a skirt depending downwardly from the upper end for engagement over the outer locating surface portion of the first member, the skirt having an inner surface, the inner surface of the skirt and outer locating surface portion of the first member having mateable, snap-engaging formations so that the skirt can be releasably snap engaged over the first member.

In a preferred embodiment of the invention, the first member has an outward bulge extending around its periphery adjacent its upper end, and the inner surface of the skirt has a corresponding annular, inward concavity for snap engagement over the bulge. This provides an outside snap retention of the male or second member over the first or female member. Additionally, the skirt will readily locate the female member and will self-center for snap engagement.

In addition to the outside snap retention, the first or female member may also be provided with an upwardly facing socket, and the second or male member may have a retention head projecting downwardly from the upper end for snap engagement in the socket as the skirt snaps over the outside. This combined inside and outside snap gives much better retention than just inner snap retention, and reduces wear problems. The outside snap will still provide retention even when the inner snap engaging surfaces wear out. This could potentially double the lifetime of an attachment.

The attachment assembly of this invention provides a downwardly depending skirt surrounding the male retention head, in combination with an outer locating surface portion on the female socket member which projects above the tissue level. The skirt and locating surface together act to align the connection of the male and female members and reduce the risk of damaging the male retention head on making the connection.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be better understood from the following detailed description of some preferred embodiments of the invention, taken in conjunction with the accompanying drawings in which like reference numerals refer to like parts and in which:

FIG. 1 is a perspective view of a preferred configuration of a female element of the dental attachment assembly according to a first embodiment of the invention;

FIG. 2 is a sectional view taken on line 2—2 of FIG. 1, with the male element shown separated;

FIG. 3 is a view similar to FIG. 2, showing the self-alignment action;

FIG. 4 is a similar view with the elements seated, with the male element hingedly connected to a cap;

FIG. 5 is a sectional view showing a shortened form of the female element;

FIG. 6 is a sectional view showing an angle correction abutment;

FIG. 7 is a sectional view of a root anchor attachment;

FIG. 8 is a view similar to FIG. 7, with an angle correction configuration;

FIG. 9 is a top plan view, partially cut away, of a partial denture attachment assembly according to another embodiment of the invention;

FIG. 10 is a sectional view taken on line 10—10 of FIG. 9;

FIG. 11 is a sectional view of a retrofit configuration;

FIG. 12 is a sectional view of a female element of a dental attachment assembly according to another embodiment of the invention;

4

FIG. 13 is a sectional view similar to FIG. 12 illustrating another embodiment of the invention with a root anchor attachment;

FIG. 14 is a partial section through the male element of the attachment assembly, with the male hingedly attached to a cap, and a locator plastic pattern shown separately;

FIG. 15 is a view similar to FIG. 14 showing the locator plastic pattern cast in metal onto a root;

FIG. 16 is a sectional view, illustrating two female elements or plastic patterns cast onto a bar and aligned with two male elements;

FIG. 17 is a sectional view of a partial denture attachment assembly according to another embodiment of the invention, with the parts separated;

FIG. 18 is a sectional view of a modified partial denture socket element for use with the assembly of FIG. 17;

FIG. 19 is a partial sectional view of the attachment members of a dental attachment assembly according to a further embodiment of the invention; and

FIG. 20 is a side elevational view of a modified locator root anchor attachment for use with the snap-on locator member of FIG. 19.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIGS. 1 to 4 of the drawings illustrate a dental attachment assembly 10 for attaching a dental appliance to an implant 12. The assembly basically comprises a female socket member or abutment element 14 and a male retention member or element 16 which has a swivel engagement in a cap 18 secured in a dental appliance.

The female element 14 is of relatively strong material such as titanium coated with titanium nitride, or similar material. Element 14 has an enlarged upper end portion 20 having an upwardly facing socket 26, and a downwardly depending threaded shaft or stem 22 for attachment to an implant fixture 12 secured in the bone of an upper or lower dental arch. In FIGS. 1 to 4, the stem 22 is threaded for engagement in a threaded cavity in an implant fixture 12. It will be understood that the female element will be provided in multiple thread configurations and diameters for engagement in any of the various implant fixtures currently available on the market.

The upwardly facing socket 26 is of suitable shape and dimensions for releasable snap engagement with a downwardly depending retention head 28 on the male element 16. The mating shapes of the socket 26 and head 28 are similar to that described in U.S. Pat. No. 5,417,570 of Zuest et al., the contents of which are incorporated herein by reference, and will have a similar action. An outer locating surface 30 of the upper end portion 20 projects upwardly above the tissue level 32 when the female element is secured to an implant or tooth root, as best illustrated in FIG. 4. Locating surface 30 preferably has a slight inward taper from a position just above the tissue level up to the upper end of end portion 20. The surface portion 34 below the gum level may be cylindrical or have a slight inward taper such that the diameter at the lower end 35 of upper end portion 14 matches that of the implant 12, as indicated in FIG. 4.

A pair of diametrically opposed, axially extending notches 36 are provided on the locating surface 30. These are designed for engagement with an insertion tool (not illustrated) for holding the implant or female element 14 and threading it into a matching socket in an implant fixture 12. The female element or abutment 14 also has a weep hole 38

6,030,219

5

connecting the socket 26 to the outer surface of element 14, as best illustrated in FIGS. 1 and 2.

The male element 16 is of a material having some resilience, preferably nylon plastic, and is generally cup-shaped. The upper surface 40 is generally flat, and a skirt 42 projects downwardly from the upper surface 40 to surround the retention head 28. The retention head 28 has an outer shape substantially matching that of the socket 26. Socket 26 has a tapered leading edge or rim 44, a reduced diameter portion 45, an enlarged ring groove portion 46, and a lower chamfer edge portion 48. Head 28 of the male element has a matching shape with a chamfer 50 at the lower end, an annular ring portion 52 of enlarged diameter for snap engagement in groove portion 46, a reduced diameter portion 53, and an outwardly tapered upper end portion 54.

The skirt 42 has a lower end 56 which projects below the lower end of head 28, and an inner surface 60 which is tapered, preferably at an angle of around 10°, and is also concave, as best illustrated in FIG. 4. The dimensions of the skirt and the head are such that the lower end 56 of the skirt will contact locating surface 30 before the lower end of the head contacts the female element, as best illustrated in FIG. 3. The outer surface 62 of skirt 42 is convex or rounded, for snap-fit, swiveling engagement in a cavity 64 of corresponding shape in the cap 18, as best indicated in FIG. 4. This provides a swiveling, rotational movement or hinging action at the cap, where the attachment is secured to the denture or appliance, reducing wear, in a similar manner to that described in U.S. Pat. No. 5,417,570 referred to above. The pivoting of the nylon or resilient male in the metal denture cap 18 allows minor corrections for non-parallel abutments, as well as providing a longer lasting, resilient connection.

The denture or appliance can be removed repeatedly for cleaning, simply by snapping male head 28 out of socket 26, and can then be re-inserted. On re-insertion in the direction of the arrow 65 in FIG. 3, for example, the user may fail to align head 28 co-axially with socket 26. In this case, the lower end of skirt 42 will contact one side of the locating surface 30 before the head 28 reaches the socket. Further downward movement in the direction of the arrow 65 urges the male element to one side, in the direction of arrow 66, to align head 28 properly with the socket. Thus, the locator surface portion 30 of the female element together with the inner locating surface of skirt 42 act to urge the head 28 into proper alignment with the socket prior to snap insertion in the socket. This avoids the problem of the nylon head potentially hitting the tapered rim 44 of the socket if mis-aligned, which would eventually cause damage to the softer head and decrease retention ability. The skirt and locator surface also allow easier location and insertion of the dental prosthesis by the patient.

The female element 14 will be provided in several tissue cuff heights to match the surrounding gingival level 32. The minimum height of the overall attachment assembly is much lower than that of the previous arrangement as described in U.S. Pat. No. 5,417,570 referred to above. The minimum height for a non-hexed implant abutment will be of the order of 1.75 mm., while the minimum height for a hexed implant abutment will be around 2.75 mm, which will help in cases where the implant is at tissue level. This is lower than the height of all such attachments currently on the market today, and has the advantage of providing a much lower profile and increased patient comfort. Other heights will also be provided depending on the depth of the tissue. The low profile above the attachment is also better for tooth placement.

By providing external notches 36 for engagement with an insertion tool, rather than an internal hex indent or the like

6

as in U.S. Pat. No. 5,417,570, the height of the female element can be reduced. The notches allow the female element to be held firmly for threading into the implant fixture 12.

The weep hole 38 is located above the tissue level and makes it easier for saliva to escape from socket 26, reducing hydraulic pressure as a result of the male head engaging in the socket. This also allows easier connection of the male and female elements.

Once the head 28 is in snap engagement in the socket, as in FIG. 4, the skirt will only contact the locator surface portion 30 at the lower end, while the concave inner surface 60 will be spaced from surface portion 30 along the remainder of the attachment, as best illustrated in FIG. 4. This also enables easier insertion of the head 28 into the socket once the parts are in proper alignment.

FIG. 5 illustrates a modified female element or abutment 70 for attachment to a non-hexed implant (not illustrated). Element 70 will be used with the male element 16 of FIGS. 1 to 4 in a similar manner to hexed implant abutment 14, and like reference numerals have been used for like parts as appropriate. In this embodiment, head portion 20 in FIG. 5 is shorter than in the previous embodiment, and the hex indent 72 of FIGS. 1 to 4 is eliminated, with head portion 20 instead having a flat, lower annular face 74 which fits against the flat upper face of the implant.

FIG. 6 illustrates the female or abutment of a modified attachment assembly according to another embodiment of the invention, for use when an angle correction is necessary due to a divergent implant. The male element of this assembly will be identical to that of FIGS. 1 to 4. In this assembly, a two part female or abutment 80, and 82 is used. The lower part 80 has a cylindrical head portion 84 with a downwardly depending stem 85 which is suitably threaded and dimensioned for engagement in an implant of any standard type. Head portion 84 has a tapered, upwardly facing socket 86 with a hex or multi-sided recess 88 at its lower end for engagement with an appropriate insertion tool for threading the part 80 into an implant.

The upper part 82 of the abutment has a tapered lower surface portion 90 which has a precision machined taper known as a Morse taper which precisely matches the taper of socket 86, so that when portion 90 is forced into socket 86, the parts 80 and 82 will be permanently locked together. Upper part 82 has an angled upper portion 92 which has an axis at a predetermined angle to the lower portion 90. Upper parts 82 may be provided in a variety of different angles for accommodating different angular offsets in the implant. Preferably, upper parts 82 with angles of 10° and 20° are provided.

An upwardly facing socket 94 is provided in the angled upper portion 92 of the part 82 for releasable snap engagement with the head 28 of the male element of FIGS. 1 to 4. The shape and dimensions of the socket 94 are identical to that of socket 26 of the previous embodiments, and like reference numerals have been used for like parts as appropriate. However, unlike the previous embodiment, socket 94 has a central axis 95 which is at a predetermined angle θ to the attachment axis or direction 96, as indicated in FIG. 6. As noted above, parts 82 are preferably provided with angles of 10° and 20°.

With this embodiment, as in the previous embodiments, a tapered locator surface portion 98 is provided on part 82 for engaging the lower end 56 of skirt 42 of the male element 16 as the male element is re-attached by the patient. Thus, the same alignment occurs when the male element 16 is

6,030,219

**7**

attached to an angle correction, two part female **80, 82** as described above in connection with FIG. 3. Also as in the previous embodiment, a saliva weep or bleed hole **99** connects the socket **94** with the outside of female part **82**.

FIG. 7 illustrates another modified female element **100** which is also designed for snap engagement with the male element **16** of FIGS. 1 to 4. The female element or attachment **100** is designed for direct cemented engagement in a prepared bore in a tooth root, rather than for threading into an implant as is the case with female elements **14** and **80, 82** referred to above.

Female element **100** has a head portion **102** and a reduced diameter, downwardly depending stem or shaft **104** which will typically be longer than the shaft of the female element **14** of the previous embodiment. The longer shaft or post **104** will add stability to the attachment. Shaft **104** is suitably threaded or provided with other formations for cement retention in a prepared bore in a tooth root. The head portion **102** has a socket **106** of identical shape and dimensions to that of FIGS. 1 to 4, and like reference numerals have been used for like portions as appropriate. Additionally, a saliva bleed hole **108** connects socket **106** to the outside surface of the element **100**.

A tapered locator surface **110** is provided which extends from the upper end of head portion **102** downwardly to a location **112** which will be above the gum line when the female element is installed in a prepared root. As in the previous embodiments, when a patient attempts to re-attach a male element **16** to female element **100**, the lower end **56** of the skirt **42** will first contact locator surface **110**, and will be urged into a centrally aligned position as the patient contlues to urge the element downwardly. Thus, the retention head **28** will be properly aligned for snap engagement in socket **106**.

FIG. 8 illustrates a modified root anchor or female element **114** which is similar to that of FIG. 7 but which is provided with an angle offset to accommodate divergent tooth roots. Female element **114** has a head portion **102** identical to that of the previous embodiment, and like reference numerals have been used for like parts as appropriate. A stem **116** projects downwardly at an angle to the axis of head portion **102**. Female elements **114** may be provided with stems at various angles to accommodate different root divergence angles, and female elements **114** are preferably provided at angles of 10° and 20°.

The root anchors of FIGS. 7 and 8 are provided with a long stem which may be shortened by cutting to the appropriate length to conform to various lengths of root tips. Additionally, an alternative version of the root anchor may be provided which is identical to that of FIG. 7 but with no stem. This may be provided in plastic, and may be cast with a gold coping covering the exposed superior surface of the root, or with a cast bar on implants.

FIGS. 9 and 10 illustrate a denture attachment or anchor assembly **120** according to another embodiment of the invention. The attachment assembly in this case is designed for attachment to an abutment tooth **122**, rather than to a tooth root or implant. The assembly **120** basically comprises a female element **124** having a distal extension **126** which is secured in a suitable slot provided in an adjacent or abutment tooth **122**, and a male element **128** for releasable snap engagement with female element **124**.

Female element **124** has a through bore **130** which is shaped for releasable snap engagement with a retention head **132** of male element **128**. Through bore **130** has a tapered rim portion **134**, a reduced diameter portion **136**, and an

**8**

enlarged annular groove portion **138** at the lower end of the bore. Head **132** is of substantially matching shape, having a tapered portion **140**, reduced diameter stem portion **142**, and an enlarged ring portion **144** at the lower end for snap engagement in groove portion **138**, as illustrated in FIG. **10**. As in the previous embodiments, the female element is of a suitable cast metal or cemented metal insert while the male element is of resilient material such as nylon.

Male element **128** is generally cup shaped, with a downwardly depending skirt **146** surrounding head **132** and having a lower end **148** spaced below the lower end of head **132**. Skirt **146** has a slot **150** for engaging over distal extension **126** of the female element when the parts are secured together, as best illustrated in FIG. 9.

As in the previous embodiments, female element **124** has an outwardly tapered, locating surface portion **152** projecting from the upper end of the element **124** downwardly to point **154**. Element **124** is cylindrical from point **154** down to the lower end of the element. The skirt **146** has a concave inner surface portion **155** similar to surface portion **60** of the first embodiment.

The male element **128** of this embodiment will be hinged in a cavity in a suitable cap, as in the previous embodiment, and the cap will be secured in a dental appliance which is attached in the patient's mouth via male and female attachment assembly **120**. As in the first embodiment, when a patient attempts to re-insert the appliance, the male head **132** may not be accurately aligned with the female socket element **124**. In this case, the lower end **148** of skirt **146** will hit the locator surface **152**, as indicated in FIG. 3 for the first embodiment, and further downward force will tend to urge the male element sideways until it is in proper alignment with bore **130**. The male head **132** can then be pushed down easily into snap engagement in bore **130**, into the position illustrated in FIG. **10**.

In each of the previous embodiments, the female element or abutment has an upper locator surface which is tapered. The taper angle is preferably of the order of 10°. The inner surface of the skirt on the male member has a similar taper, but is concave such that the opposing surfaces are spaced apart when the male is fully engaged.

FIG. 11 illustrates a modified male element **160** and cap **161** which may be used for retrofit into an existing female or anchor **162** of the type which is generally cup shaped having an upstanding cylindrical wall **164**. The inner surface of wall **164** has an annular, rounded rib **166**. This type of female anchor is well known in the field. In this embodiment, the male element **160** of the attachment assembly is modified for snap engagement with a female anchor of the type illustrated in FIG. 11. As in the previous embodiments, male element **160** is of a suitable, durable resilient material such as nylon plastic.

The male element **160** is also generally cup-shaped, with a retention head **168** of similar shape to the previous embodiments and a downwardly depending peripheral skirt **170**. However, unlike the previous embodiments, skirt **170** does not extend below the lower end of head **168**.

Male element **160** has an outer curved surface **172** which is designed for hinged engagement in a correspondingly shaped cavity **174** in the metal cap **161**, as in the first embodiment. In this embodiment, the male hinges at one end in cap **161** which is secured in the dental appliance. The appliance may be removed for cleaning purposes by snapping head **168** out of the bore in female element **162**. It may be re-inserted by forcing head **168** downwardly until it snaps past rib **166** into the engaged position illustrated in FIG. 11.

6,030,219

9

The attachment will then have some freedom of movement at both ends, both at the cap and at the female element, reducing wear and loosening of the attachment.

FIG. 12 illustrates a female or abutment element 200 according to another embodiment of the invention. Element 200 is similar to that of FIGS. 1 to 4, and like reference numerals refer to like parts as appropriate. This abutment element 200 is designed for snap engagement with the male element 202 of FIG. 14. Male element 202 is similar to the male element of FIGS. 2 to 4, and like reference numerals have been used as appropriate. However, in the embodiment of FIGS. 12 and 14, the assembly has an outside snap retention in addition to the inside snap retention provided between socket 26 and retention head 28.

As in the first embodiment, the female or abutment element 200 is of relatively strong material such as titanium coated with titanium nitride, or the like. Element 200 has an enlarged upper end portion 204 having an upwardly facing socket 26 and a downwardly depending, threaded stem 22 for attachment in an implant fixture (not illustrated). The upwardly facing socket is of suitable shape and dimensions for releasable snap engagement with the downwardly depending, plastic retention head 28 of male element 202, as in the first embodiment. The lower face of end portion 204 has a hex indent 72 for engagement with an upper hex formation on the implant fixture. FIG. 13 illustrates a modified female element 200' in which the hex indent 72 is eliminated. Element 200' is designed for direct cementation in the prepared bore in a tooth root of an upper or lower dental arch. Element 200' has a shorter head portion 204' than that of FIG. 12, but is otherwise similar to the abutment element 200 of FIG. 12, and like reference numerals have been used as appropriate. The external notches 36 are eliminated in this case since the element 200' is cemented into a tooth root bore and does not need an insertion tool.

The head or upper end portion 204 of element 200 has an upper, convex or outwardly bulging locator portion 206 which extends down to an indent or notch 208. A generally cylindrical skirt portion 210 extends downwardly from notch 208. The modified female element 200' also has an upper, outwardly bulging locator portion 206 and notch 208, followed by a shorter cylindrical portion 210' leading down to the lower, substantially flat end face 212 of the head or end portion 204'.

FIG. 14 illustrates a denture attachment 213 comprising male element 202, and a modified female element 200' comprising a locator plastic pattern. The male element may be secured to any one of the female or abutment elements 200, 200', or 230 of FIGS. 12 to 14.

The male element 202 is of a material having some resilience, preferably nylon plastic, and is generally cup shaped. The upper surface 214 is generally flat, and a skirt 216 projects downwardly from the upper surface to surround the retention head 28. The retention head has an outer shape substantially matching that of socket 26, and is designed for snap engagement in the socket. The skirt 216 has a lower end 218 which projects downwardly below the lower end of retention head 28. The outer surface of the skirt is convex or rounded for snap-fit, swiveling engagement in a cavity of corresponding shape in cap 220.

The inner surface of skirt 216 has an upper, concave or inwardly bulging portion 222, an annular ring portion 224 of reduced diameter, and a lower, outwardly tapered rim 226, and is designed for releasable, snap engagement over the convex portion 206 of the female element 200 or 200'. As the male element is pushed down towards female element 200

10

or 200', the lower end 218 will first contact the outwardly tapering upper end of the convex portion 206. This will cause the skirt to flex outwardly over the outwardly bulging portion, and then snap back inwardly so that the annular ring 224 rests in notch 208. At the same time, the upper end of the convex portion engaging the skirt will have a centering or locating action, aligning the retention head 28 properly with the socket 26. As the skirt snaps over the outer surface of the upper end portion 204, the retention head 28 will simultaneously snap into the socket 26, providing both an outer and an inner retention of the dental appliance on the female element.

FIG. 14 illustrates another modified female or locator element 230, which is similar to that of FIGS. 12 and 13 except for the elimination of the threaded stem 22,22', and like reference numerals have been used for like parts of locator element 230 as appropriate. Locator element 230 is a plastic pattern for casting with a gold coping directly on the exposed superior surface of a root 232, as in FIG. 15, or several plastic patterns may be cast onto a bar 234 secured to several implants, as in FIG. 16. The female element 230 has a head portion 236 identical to the upper end portions 204, 204' of FIGS. 12 and 13, and a flat lower end face 238 of diameter matching that of the upper end of root 232.

Male element 202 may be snap engaged onto any of the three female or locator elements 200,200', or 230, which in turn may be secured to an implant, directly into a prepared bore in a tooth root, or to the upper end of an existing root 232. Locator elements 230 may also be cast at predetermined positions on a bar 234 which is secured to a plurality of dental implants in a known manner, and may be snap engaged with corresponding male elements 202 secured in a denture as indicated in FIG. 16.

Locator element 230 is initially formed as a plastic pattern, which is cast into metal in a dental lab on stone model of a root, and is then connected over the upper surface of the root, which is first flattened by the dentist. Alternatively, the locator element is cast onto a bar 234 as in FIG. 16.

In each of the alternatives illustrated in FIGS. 12 to 16, better retention is provided by the inner and outer snap engagement of the male element onto the female or locator element. At the same time, all the advantages of the previous embodiments are obtained, since the skirt will engage over the initially outwardly tapering bulge on the female element to center the retention head on the socket as the head is urged towards the female element, in a similar manner to that illustrated in FIG. 3. The improved retention will also reduce wear problems, since the outer, snap-engaging surfaces will still provide retention even if the retention head wears out over time. This can double the lifetime of the attachment assembly. The outer snap engaging surfaces 206,222 are preferably designed to allow a small amount of vertical movement of the male element relative to the female or locator element.

FIG. 17 illustrates a denture attachment or anchor assembly 250 according to another embodiment of the invention. The attachment assembly 250 in this case is designed for attachment to an abutment tooth, similar to the embodiment of FIGS. 9 and 10 above, and like reference numerals have been used for like parts as appropriate. Additionally, the embodiment of FIG. 17 has both inside and outside retention, like that of FIGS. 12 to 16.

The assembly 250 basically comprises a female or locator element 252 having a distal extension 126 which is secured in a suitable slot provided in an adjacent abutment tooth (not

6,030,219

11

illustrated), and a male element 254 for releasable snap engagement with female element 252. Female element 252 has a through bore or socket 130 which is shaped for releasable snap engagement with a retention head 132 of the male element 254. The male element 254 has an outer surface 256 which is rounded for swiveling engagement in a cap 258 which is welded in a suitable recess in a dental appliance (not illustrated).

The female or locator element 252 has an outwardly bulging or convex outer surface 260 which extends from the upper end 262 to the lower end 264 of element 252. The male element 254 is generally cup shaped, as in the previous embodiments, and has a downwardly projecting skirt 266 surrounding retention head 132 and extending down below the lower end of head 132. The inner surface of the skirt has an inwardly bulging or concave portion 268 for mating snap engagement with the convex outer surface 260 of the female element 252. Concave portion 268 terminates above the lower end of the skirt, and an annular rim portion 270 projects downwardly from concave portion 268.

In this embodiment, the entire outer surface of the female element is used for snap engagement with the inner concave surface on the male skirt. As the male element is moved towards the female or locator element, the lower end of the skirt will first contact the upper, outwardly curving portion of the outer surface 260, and the skirt will be biased outwardly over the bulge, snapping inwardly over surface 260 as soon as it clears the maximum diameter portion of the bulge. At the same time, the retention head 132 will move into snap engagement in socket 130. This provides all the advantages of increased retention and increased lifetime of the attachment as in the previous embodiment. Additionally, the partial denture attachment allows the entire outer surface of the female element to be used for the snap engagement. The outer surface curves continuously from the lower end up into the rim of the socket 130, avoiding any sharp edges which could potentially damage the resilient male element. This will also increase lifetime of the attachment.

FIG. 18 illustrates a modified female element 252' for engagement with the same male element 254 as in FIG. 17, but with a lower angle extension 272 as may be required in some cases depending on the adjacent tooth placement. The female element 252' is otherwise similar to that of FIG. 17, and like reference numerals have been used as appropriate.

In the embodiments of FIGS. 12 to 18, several attachment assemblies were described which provided both inside and outside snap retention of a male element on a female locator element, as well as location and centering of the male element over the female socket so that the retention head was properly aligned prior to engagement. FIG. 19 illustrates an alternative denture attachment or anchor assembly 280 in which the inner snap engagement is eliminated, and an external snap retention only is provided. This attachment may be used, for example, in cases where less retention force is required, and has advantages over the inner snap only arrangement of FIGS. 1 to 11 since it will be less liable to wear of the snap engaging surfaces.

Anchor assembly 280 comprises a first, locator or abutment member 282 and a second, snap-on or retention member 284, which replaces the male elements of the previous embodiments. The locator or abutment member 282 has a head 286 and a threaded stem 288 depending downwardly from head 286 for threaded engagement in a hexed implant (not illustrated). The head 286 has a hex-shaped indent or socket 289 extending downwardly from its upper end, for engagement with a suitable tool for securing

12

member 282 to an implant. The outer surface of the head has an outwardly bulging or convex portion 290, equivalent to convex portions 206 of the embodiments of FIGS. 12 to 16, an indent 291, and an outwardly tapered lower end portion 292. The lower end 293 of the head may have a hex indent (not illustrated) similar to that of FIGS. 2 and 12, for engaging a corresponding hex formation on a hex implant.

The second, snap-on member 284 is generally cup-shaped as are the male elements of the previous embodiments, but the retention head is completely eliminated. The snap-on member 284 has a generally flat upper end face 294 and a downwardly depending skirt 295 forming an inner cavity 296 for engaging over the head of locator member 282. The outer surface of member 284 is rounded for swivel engagement in cap 220, which is identical to the cap of FIGS. 12 to 16. The inner surface of skirt 295 has an upper, concave or inwardly bulging portion 297, a minimum diameter, circular ridge 298, and an outwardly tapered lower rim 299 below ridge 298, with the shape and dimensions substantially matching those of the outer surface of head 286. As in the previous embodiments, snap-on member is of resilient, durable material such as nylon plastic.

As the snap-on member is moved downwardly towards the head, the outwardly tapered rim 299 will first contact the inwardly curved upper regions of the convex portion 290 of the head. Further downward motion will force the minimum diameter ridge 298 to flex outwardly to clear the maximum diameter part of convex portion or bulge 290, after which it will snap back into indent 291. This snap engagement will releasably retain the snap-on member on the head unless positively removed, thus securing a dental appliance to the implant.

FIG. 20 illustrates a modified locator or attachment member 300 which is similar to that of FIG. 19, and like reference numerals have been used for like parts as appropriate. The locator member 300 has locator and snap-engaging portions 290,291 identical to those of FIG. 19, and is designed for snap engagement with the same snap-on member 284. However, the head 286 has a flat lower end face 302 and a threaded stem 304 for direct cementation into a prepared bore in a tooth root of an upper or lower dental arch.

It will be understood that the locator member with outside retention only may also be provided without a threaded stem, as in FIGS. 15 and 16, so that it may be secured directly to a flattened upper end of a root or onto a denture bar. The partial denture of FIGS. 17 and 18 may also be modified to provide outside retention only.

The use of an outside snap engagement, rather than an inside snap engagement into a socket in a female abutment element, has advantages since there is then no retention head which is liable to wear as a result of bumping against end faces of the abutment element if attempts are made to insert it when it is out of alignment with the socket. The snap-engaging convex and concave surfaces of the members in FIGS. 19 and 20 are much less susceptible to damage and wear, and will last longer than an attachment assembly with inside retention only.

In each of the above embodiments, a male or snap-on attachment is provided which is secured at one end to a cap and at the other end to a female or locator element, with both ends of the male having some freedom of movement relative to the part to which it is secured. In the embodiments of FIGS. 1 to 18, the male element has a central retention head for releasable snap engagement in a socket in a female element, and a downwardly depending skirt surrounding the head along part or all of its length. In the embodiments of

6,030,219

**13**

FIGS. 1 to 10, the skirt extends beyond the end of the head, and acts together with a tapered locating surface on the female element to provide a self-alignment of the male with the female socket as the parts are secured together. This reduces or avoids the risk of the retention head repeatedly impacting against the edge of the socket when re-inserted, which could ultimately damage the head and render it inoperative.

In each of the embodiments, the male or snap-on element has a skirt which contacts an initially outwardly tapering surface on the female or locator element to provide a self-alignment of the parts. In FIGS. 1 to 11, the alignment is provided in conjunction with an internal snap engagement between the parts. In FIGS. 12 to 18, the alignment or locator function is combined with both an internal and an external snap engagement, for increased retention force and increased effective lifetime of the parts. In FIGS. 19 and 20, the locator function is combined with outside snap retention only.

Although some preferred embodiments of the invention have been described above by way of example only, it will be understood by those skilled in the field that modifications may be made to the disclosed embodiment without departing form the scope of the invention, which is defined by the appended claims.

We claim:

1. A dental attachment assembly, comprising:

an abutment member for attachment to a tooth root, implant, or adjacent tooth, the abutment member having an upper end, and an outer locating surface portion projecting downwardly from the upper end, the outer locating surface portion being positioned to project above a tissue level when the abutment member is secured in a tooth root or implant;

a male member for attachment to the abutment member, the male member having an upper end comprising a swivel joint for swivel engagement within a cap in a recess in a dental appliance, and a skirt projecting from the upper end of the male member for engagement over the outer locating surface of the abutment member, the skirt having a rounded, convex outer surface;

the abutment member and male member having mateable snap-engaging formations for releasable snap engagement when the male member is attached to the abutment member; the outer locating surface portion being outwardly tapered at least adjacent the upper end of the abutment member for centering the male member over the abutment member as the members are secured together; and

a cap for securing in a recess in a dental appliance, the cap having a cavity for containing said swivel joint, the cavity having a rounded, concave inner surface for releasable snap engagement over the rounded outer surface of the skirt, the swivel joint and cap cavity together comprising means for permitting swivelling of the cap over the male member relative to the dental appliance.

2. The assembly as claimed in claim 1, wherein the abutment member has a socket projecting inwardly from the upper end, of the abutment member and a retention head projects from the upper end of the male member for releasable snap engagement in the socket.

3. The assembly as claimed in claim 2, wherein the retention head has a lower end, and the skirt extends downwardly beyond the lower end of the retention head, whereby the skirt will contact the abutment member before

**14**

the lower end of the retention head reaches the socket on re-insertion of the male member into the abutment member.

4. The assembly as claimed in claim 2, wherein the retention head does not project downwardly beyond the lower end of the skirt, whereby the lower end of the skirt contacts the abutment member prior to any other part of the attachment assembly.

5. The assembly as claimed in claim 2, wherein the abutment member has a weep hole connecting the socket to the outside of the abutment member for allowing saliva the escape.

6. The assembly as claimed in claim 1, wherein the outer locating surface portion has an outward taper from said upper end and terminates at a predetermined location above the tissue level when the abutment member is secured in a patient's mouth.

7. The assembly as claimed in claim 1, wherein the abutment member comprises a generally cylindrical head having a lower end spaced below said upper end.

8. The assembly as claimed in claim 1, wherein the skirt has an inner surface of predetermined height which is concave and does not contact the outer locating surface portion of the abutment member along at least a major portion of the height of the inner surface when the male and abutment members are secured together.

9. The assembly as claimed in claim 1, wherein the outer locating surface portion of the abutment member has a pair of diametrically opposed elongated notches for engagement with an insertion tool for engaging the abutment member with an implant.

10. The assembly as claimed in claim 1, wherein the abutment member comprises means for attachment to a non-hexed implant, and the abutment member has a minimum height of 1.75 mm.

11. The assembly as claimed in claim 1, wherein the abutment member comprises means for attachment to a hexed implant, and the abutment member has a minimum height of 2.75 mm.

12. The assembly as claimed in claim 1, wherein the abutment member comprises a generally cylindrical head having a convex outer surface portion adjacent said upper end, and the male member is generally cup-shaped with an internal cavity for fitting over said head, the skirt having a concave inner surface portion for snap engagement over said convex outer surface portion to releasably secure the members together, said convex and concave surface portions comprising said mateable snap engaging formations.

13. The assembly as claimed in claim 1, wherein the abutment member has a head portion at the upper end and a shaft depending downwardly from the head portion.

14. The assembly as claimed in claim 13, wherein the shaft is at a predetermined angle to the head portion.

15. The assembly as claimed in claim 14, including a plurality of abutment members for selective engagement with a tooth root or implant, including a first abutment member having a shaft aligned with said head portion, a second, angled abutment member having a shaft at an angle of 10° to said head portion, and a third, angled abutment member having a shaft at an angle of 20° to said head portion.

16. The assembly as claimed in claim 1, wherein the abutment member comprises a head portion having said upper end and a lower end, and a distal extension projecting from said head portion for attaching the abutment member to an abutment tooth, the skirt of the male member having a slot for fitting over said distal extension.

17. The assembly as claimed in claim 16, wherein the outer locating surface portion of said head portion is convex.

6,030,219

**15**

18. The assembly as claimed in claim 16, wherein said abutment member has a through bore extending from the upper end to said lower end, and the male member has a retention head projecting from its upper end and for releasable snap engagement in said through bore.

19. The assembly as claimed in claim 18, wherein said skirt has a lower end extending beyond said retention head for contacting said abutment member before said retention head reaches the upper end of said abutment member.

20. The assembly as claimed in claim 19, wherein said skirt and said outer locating surface portion together comprise alignment means for aligning said retention head with said through bore as the male and abutment members are secured together.

21. A dental attachment assembly, comprising:

an abutment member for attachment to a tooth root, implant, or adjacent tooth, the abutment member having an upper end, and a socket projecting inwardly from the upper end, and an outer locating surface portion projecting downwardly from the upper end, the outer locating surface portion being positioned to project above a tissue level when the abutment member is secured in a tooth root or implant;

a male member for attachment to the abutment member, the male member having an upper end comprising a swivel joint for swivel engagement within a cap in a recess in a dental appliance, a skirt projecting from the upper end of the male member for engagement over the outer locating surface of the abutment member, and a retention head projecting from the upper end of the male member;

the outer locating surface portion being outwardly tapered at least adjacent the upper end of the abutment member for centering the male member over the abutment member as the members are secured together;

a cap for securing in a recess in a dental appliance, the cap having a cavity for containing said swivel joint, the swivel joint and cap cavity together comprising means for permitting swivelling of the cap over the male member relative to the dental appliance; and

the outer locating surface portion of the abutment member being convex and the skirt has an inner surface with concave portion matching said convex outer surface portion of said abutment member, said convex outer surface portion and concave portion comprising means for releasable snap engagement of the skirt over the outer locating surface portion of the head, whereby both an inner and an outer snap retention of the male member on the abutment member is provided.

22. A method of anchoring a dental appliance in a patient's mouth, comprising the steps of:

securing an abutment member at a predetermined position in a patient's mouth with a head facing upwardly and a predetermined portion of the head projecting above a gum line, the predetermined portion having an outer locating surface;

securing a cap in a recess in a dental appliance, the cap having a cavity with a rounded, concave inner surface portion;

releasably snap engaging one end of a male retention member in the cavity in the cap, the cap engaging end having a rounded, concave outer surface for snap engagement in the cavity whereby a skirt on the male retention member projects downwardly from the appliance and a swivel joint is provided between the cap and male retention member permitting swiveling of the cap over the male retention member;

positioning the dental appliance in the mouth and moving the skirt downwardly towards the abutment member;

**16**

engaging the skirt with the outer locating surface of the head to align the male retention member with the head; and

urging the male retention member downwardly into snap engagement with the head.

23. A dental attachment assembly, comprising:

a first, abutment member for attachment to a tooth root, implant, or adjacent tooth, the abutment member having a head having an upper end and an outer locator surface portion projecting downwardly from the upper end and positioned to project above a tissue level when the abutment member is secured in a tooth root or implant;

a second, retention member for releasable snap engagement with the abutment member, the retention member comprising part of a swivel joint for swivel engagement in a recess in a dental appliance, and being generally cup-shaped with an upper end and a peripheral skirt projecting downwardly from the upper end, the skirt having an inner surface for engagement over said outer locator surface portion of said abutment member;

the outer locator surface portion of the abutment member and the inner surface of the skirt have mateable snap-engaging formations whereby the skirt can be releasably snap engaged over the head to releasably secure the parts together; and

the abutment member having a socket projecting inwardly from the upper end and the male member having a retention head projecting from the upper end for releasable snap engagement in the socket, the skirt surrounding the retention head, whereby both an inner and an outer snap engagement is provided between the abutment member and retention member.

24. The assembly as claimed in claim 23, wherein the outer locator surface portion comprises a convex bulge, and the inner surface of the skirt has a concave portion for snap-engagement over the convex bulge.

25. The assembly as claimed in claim 24, wherein the convex bulge and concave portion each extend around the circumference of the respective head and skirt.

26. The assembly as claimed in claim 23, wherein the abutment member has a threaded stem depending downwardly from the head.

27. The assembly as claimed in claim 23, wherein the head has a flat lower end face for attachment to a root or bar.

28. A dental attachment assembly, comprising:

an abutment member having an upper end and a flat lower end face for attachment to a tooth root or a bar, the abutment member having an outer, generally cylindrical surface and a socket projecting inwardly from the upper end;

a male member having an upper end comprising a swivel joint for swivel engagement within a cap in a recess in a dental appliance, a retention head projecting from the upper end for releasable snap engagement in the socket, and a skirt projecting from the upper end and surrounding the retention head along at least part of the length of the retention head, the skirt having a rounded, convex outer surface; and

a cap for securing in a recess in a dental appliance, the cap having a cavity for containing said swivel joint, the cavity having a rounded, concave inner surface for releasable snap engagement over the rounded outer surface of the skirt, and the swivel joint and cap cavity together comprising means for permitting swiveling of the male member relative to the dental appliance.

* * * * *

# Exhibit B



US006299447B1

(12) **United States Patent**

Zuest et al.

(10) Patent No.: **US 6,299,447 B1**

(45) Date of Patent: **\*Oct. 9, 2001**

(54) **DENTAL ATTACHMENT ASSEMBLY**

(75) Inventors: **Paul T. Zuest**, Escondido; **Scott Mullaly**, San Marcos, both of CA (US)

(73) Assignee: **Zest Anchors, Inc.**, Escondido, CA (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/465,860**

(22) Filed: **Dec. 16, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/170,585, filed on Oct. 13, 1998, now Pat. No. 6,030,219.

(51) Int. Cl.[7] ..................................................... A61C 8/00
(52) U.S. Cl. ............................................ 433/172; 433/181
(58) Field of Search ..................................... 433/181, 172, 433/173, 174, 182, 191, 193, 194, 177, 178

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 711,324 | \* 10/1902 | Lacy | 433/173 |
| 866,340 | \* 9/1907 | Roach | 433/177 |
| 3,514,858 | \* 6/1970 | Silverman | 433/174 |
| 3,787,975 | \* 1/1974 | Zuest | 433/182 |

| | | | |
|---|---|---|---|
| 3,991,472 | \* 11/1976 | Lukesch | 433/169 |
| 4,158,256 | \* 6/1979 | Wiland et al. | 433/219 |
| 4,290,755 | \* 9/1981 | Scott | 433/173 |
| 4,431,416 | \* 2/1984 | Niznick | 433/174 |
| 4,488,874 | \* 12/1984 | Soifer | 433/173 |
| 4,488,875 | \* 12/1984 | Niznick | 433/173 |
| 4,540,367 | \* 9/1985 | Sulc | 433/181 |
| 4,547,156 | \* 10/1985 | Hader | 433/172 |
| 4,626,213 | \* 12/1986 | dShiner et al. | 433/173 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3403448 | \* 2/1984 | (DE) | . |
| 0037864 | \* 10/1981 | (EP) | . |
| WO-89/06941 | \* 8/1989 | (WO) | . |

OTHER PUBLICATIONS

The Stern Era. A New Era in Attachment Dentistry Brochure, APM–Sterngold, 1990.\*

*Primary Examiner*—John J. Wilson

(74) *Attorney, Agent, or Firm*—Brown, Martin, Haller & McClain LLP

(57) **ABSTRACT**

A dental attachment assembly has an abutment member for attachment to a tooth root, implant, or adjacent tooth, and a retention member for engagement in a dental appliance. The retention and abutment members are designed for releasable snap engagement to secure the members together. A skirt projects from the upper end of the retention member and snap engages over an outer locating surface of the abutment member as the members are secured together, acting to align the retention member with the abutment members.

**20 Claims, 7 Drawing Sheets**



**US 6,299,447 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,645,453 | * 2/1987 | Niznick | 433/173 |
| 4,657,510 | * 4/1987 | Gittlemen | 433/173 |
| 4,738,623 | * 4/1988 | Driskell | 433/173 |
| 4,780,080 | * 10/1988 | Haris | 433/173 |
| 4,793,808 | * 12/1988 | Kirsh | 433/173 |
| 4,832,601 | * 5/1989 | Linden | 433/173 |
| 4,854,872 | * 8/1989 | Detsch | 433/173 |
| 4,907,969 | * 3/1990 | Ward | 433/173 |
| 4,932,868 | * 6/1990 | Linkow et al. | 433/174 |
| 4,934,935 | * 6/1990 | Edwards | 433/174 |
| 4,957,438 | * 9/1990 | Bax | 433/180 |
| 4,988,297 | * 1/1991 | Lazzara et al. | 433/173 |
| 5,007,835 | * 4/1991 | Valen | 433/174 |
| 5,030,095 | * 7/1991 | Niznick | 433/173 |
| 5,092,770 | * 3/1992 | Zakula | 433/172 |
| 5,120,222 | * 6/1992 | Sulc | 433/181 |
| 5,194,000 | * 3/1993 | Dury | 433/173 |
| 5,195,891 | * 3/1993 | Sulc | 433/173 |
| 5,211,561 | * 5/1993 | Graub | 433/172 |
| 5,417,570 | * 5/1995 | Zuest et al. | 433/177 |
| 5,520,540 | * 5/1996 | Nardi et al. | 433/172 |
| 5,556,280 | * 9/1996 | Pelak | 433/172 |
| 5,636,989 | * 6/1997 | Somborac | 433/173 |
| 5,678,997 | * 10/1997 | De Buck | 8433/181 |

* cited by examiner



FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5



FIG. 6

FIG. 7

FIG. 8

FIG. 9

FIG. 10

FIG. 11



FIG. 12

FIG. 13

FIG. 14

FIG. 15

Case 3:10-cv-01232-WQH -POR   Document 1   Filed 06/09/10   Page 36 of 56



FIG. 16



FIG. 17

FIG. 19

FIG. 18

FIG. 20





US 6,299,447 B1

1

# DENTAL ATTACHMENT ASSEMBLY

## CROSS REFERENCE TO RELATED APPLICATION

This application is a Continuation-In-Part of co-pending application Scr. No. 09/170,585 filed Oct. 13, 1998, now U.S. Pat. No. 6,030,219.

## BACKGROUND OF THE INVENTION

The present invention relates to dental attachment or anchoring structures for attaching dental appliances such as full dentures or overdenture partial dentures, and the like to a remaining non-vital root, an adjacent tooth, or to an endosseus implant.

In U.S. Pat. No. 5,417,570 of Zuest et al., a dental anchor assembly is described in which a female part for attachment to a tooth root or implant has a socket, and a male part has a first end for snap engagement in the socket and a second end in swivel engagement in a cap for securing in a recess in a dental appliance. This provides for some relative movement at both ends of the male part, reducing the risk of excessive wear and loosening of the attachment.

It has been found that, in use, it is sometimes difficult for the wearer to properly locate the female socket, so that the mating, retentive end or head of the male part may hit the edge of the female part when the wearer inserts the denture. Repeated impacts of this type may damage the retentive head of the male, reducing or losing the retention force required for proper operation of the attachment.

Other prior art attachments utilize a male head which is in releasable snap engagement with a female socket, but do not provide a double hinging action since the male part is secured in the denture cap with no freedom of movement. Also, these arrangements do not always avoid the risk of damage to the retentive head of the male due to improper alignment with the female when re-inserting the denture or appliance. U.S. Pat. No. 5,195,890 of Sulc describes an attachment in which the cap and male are formed in one part, the cap having an integral, internal projection forming the male retentive head. U.S. Pat. No. 5,556,280 of Pelak describes an attachment system in which a male member is of cup-shaped structure, with an internal projection for snap-fit retention in the female socket. The male member is embedded in a receptacle or directly in the appliance.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a new and improved dental attachment assembly.

According to one aspect of the present invention, a dental attachment assembly is provided, which comprises a female socket member for attachment to a tooth root, implant, or adjacent tooth, the socket member having an upper end, a socket projecting inwardly from the upper end, and an outer locating surface portion projecting downwardly from the upper end, the outer locating surface portion being positioned to project above the tissue level when the socket member is secured in a tooth root or implant, a male retention member having an upper end for engagement in a recess in a dental appliance, a retention head projecting from the upper end for releasable snap engagement in the female socket, and a locator skirt projecting from the upper end of the male retention member surrounding the retention head, the skirt having an inner surface for releasable snap engagement over the outer locating surface portion of the female socket member for aligning the retention head with the

2

socket as the male retention member is secured to the female socket member.

The lower end of the skirt preferably projects below the retention head so that it will contact the locating surface portion of the female socket member prior to the retention head, reducing or avoiding the risk of damaging the head, and helping to properly align the retention head prior to its entry into the socket.

In one embodiment, the locating surface has an outwardly bulging upper portion, while the inner surface of the skirt has a corresponding concave ring portion for snap engagement over the upper portion. This provides outside as well as inside snap retention of the dental appliance on the female member. This will reduce wear and increase the lifetime of the attachment. Alternatively, in this case, the inner snap engagement may not be needed, and the retention head and corresponding socket may be eliminated.

In a preferred embodiment of the invention, the outer locating surface portion of the female socket member has formations such as a pair of diametrically opposed notches for engagement with an insertion tool for engaging the female member with a tooth root or implant. A weep hole preferably connects the socket to the outside of the female member for allowing saliva to escape and reducing hydraulic pressure resulting from the male engagement in the female socket.

The female socket member may form an angled abutment for anchoring to implants extending at various angles. The angled abutment has a lower, connecting portion for securing the socket member to an implant or tooth root, the lower portion having a first axis, and an upper portion in which the socket is located, the socket having a second central axis at an angle to the first axis. Abutment members at various angles are provided. Alternatively, a two part angled abutment assembly may be provided, with an angled abutment member having a through bore and a separate fixation screw extending through the bore to secure the abutment member to an implant.

According to another aspect of the invention, an attachment assembly is provided for securing a dental appliance in a gap adjacent to an abutment tooth. The assembly comprises a female socket member having an upper end, a socket projecting downwardly from the upper end, an attachment extending to one side of the socket for securing the socket member to a tooth, the socket member having an outer locating surface portion projecting downwardly from the upper end, a male retention member having an upper end for engagement in a recess in a dental appliance, a retention head projecting from the upper end for releasable snap engagement in the female socket, and a skirt projecting from the upper end of the male retention member surrounding the retention head, the skirt having an inner surface for releasable snap engagement over the outer locating surface portion of the female socket member for aligning the retention head with the socket as the male retention member is secured to the female socket member. The skirt and locating surface are designed for releasable snap engagement with one another for better retention.

According to another aspect of the invention, a dental attachment assembly is provided which comprises a first member for attachment to a tooth root, implant, or adjacent tooth and a second member for engagement in a recess in a dental appliance. The first member has an upper end and an outer locating surface portion positioned to project above the tissue level when the first member is secured to a tooth root, implant, or adjacent tooth. The second member is generally

US 6,299,447 B1

3

cup-shaped and has an upper end and a skirt depending downwardly from the upper end for engagement over the outer locating surface portion of the first member, the skirt having an inner surface, the inner surface of the skirt and outer locating surface portion of the first member having mateable, snap-engaging formations so that the skirt can be releasably snap engaged over the first member.

In a preferred embodiment of the invention, the first member has an outward bulge extending around its periphery adjacent its upper end, and the inner surface of the skirt has a corresponding annular, inward concavity for snap engagement over the bulge. This provides an outside snap retention of the male or second member over the first or female member. Additionally, the skirt will readily locate the female member and will self-center for snap engagement.

In addition to the outside snap retention, the first or female member may also be provided with an upwardly facing socket, and the second or male member may have a retention head projecting downwardly from the upper end for snap engagement in the socket as the skirt snaps over the outside. This combined inside and outside snap gives much better retention than just inner snap retention, and reduces wear problems. The outside snap will still provide retention even when the inner snap engaging surfaces wear out. This could potentially double the lifetime of an attachment.

The attachment assembly of this invention provides a downwardly depending skirt or rim surrounding the male retention head, in combination with an outer locating surface portion or rim on the female socket member which projects above the tissue level. The skirt and locating surface together act to align the connection of the male and female members and reduce the risk of damaging the male retention head on making the connection.

According to another aspect of the present invention, a method of anchoring a dental appliance in a patient's mouth is provided, which comprises the steps of securing at least one abutment member at a predetermined position in a patient's mouth with a head facing upwardly and a predetermined portion of the head projecting above the gum line, the predetermined portion having an outer locator surface, attaching one end of at least one retention member in a dental appliance so that a locator skirt on the retention member projects outwardly from the appliance, positioning the dental appliance in the mouth with the locator skirt approximately facing the head of the abutment member, moving the appliance in a first direction towards the gum until the locator skirt contacts the outer locating surface of the head of the abutment member, continuing to urge the appliance in the first direction so that the skirt engages over the locating surface to align the retention member with the abutment member, and further urging the retention member in the first direction into snap engagement with the abutment member.

In the case of a full denture for the upper or lower jaw, at least two abutment members are secured at spaced locations in the patient's mouth, and corresponding retention members are appropriately positioned in the denture with locator skirts projecting away from the denture. The denture is placed over the upper or lower jaw in an approximately correct position, and then urged towards the jaw so that the two skirts contact the corresponding locator surfaces on the abutment members. Even if the retention members are not exactly aligned with the abutment members at this point, the engagement of the outer skirts with the outer locator surfaces in an off-center position will cause automatic alignment on further upward or downward pressure, so that the

4

patient can essentially bite down to automatically align and snap engage the two retention members with the corresponding abutment members. Where the abutment member has a female socket and the retention member has a corresponding male projection for releasable snap engagement in the socket, the locator skirt surrounds the male projection and extends beyond the end of the male projection, so that the skirt will engage the locator surface before the male projection contacts the abutment member. This avoids the risk of damage to the male projection due to a patient biting down when the male and female parts are not correctly aligned. Any misalignment will be corrected by the locator skirt before the male projection starts to enter the socket.

Preferably, the locator skirt is also designed for releasable snap engagement over the locator surface of the abutment member, and the snap engagement commences before the male projection reaches the socket of the abutment member, ensuring that the male projection or projections are accurately aligned with their respective sockets prior to snap engagement in the sockets.

The use of a skirt or outer ring on the dental appliance, or plural locator skirts on a full denture, for contacting corresponding outer rims or locator surfaces on abutment members secured in the patient's mouth, provides an automatic self-alignment of the or each retention member on the dental appliance or denture with the corresponding abutment member in the mouth. This reduces or avoids the difficulty and inconvenience commonly experienced by patient's trying to place appliances or dentures in their mouth, as well as damage to the retention member as a result of the patient biting down when the parts are not properly aligned.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be better understood from the following detailed description of some preferred embodiments of the invention, taken in conjunction with the accompanying drawings in which like reference numerals refer to like parts and in which:

FIG. 1 is a perspective view of a preferred configuration of a female element of the dental attachment assembly according to a first embodiment of the invention;

FIG. 2 is a sectional view taken on line 2—2 of FIG. 1, with the male element shown separated;

FIG. 3 is a view similar to FIG. 2, showing the self-alignment action;

FIG. 4 is a similar view with the elements seated, with the male element hingedly connected to a cap;

FIG. 5 is a sectional view showing a shortened form of the female element;

FIG. 6 is a sectional view showing an angle correction abutment;

FIG. 7 is a sectional view of a root anchor attachment;

FIG. 8 is a view similar to FIG. 7, with an angle correction configuration;

FIG. 9 is a top plan view, partially cut away, of a partial denture attachment assembly according to another embodiment of the invention;

FIG. 10 is a sectional view taken on line 10—10 of FIG. 9;

FIG. 11 is a sectional view of a retrofit configuration;

FIG. 12 is a sectional view of a female element of a dental attachment assembly according to another embodiment of the invention;

FIG. 13 is a sectional view similar to FIG. 12 illustrating another embodiment of the invention with a root anchor attachment;

US 6,299,447 B1

5

FIG. 14 is a partial section through the male element of the attachment assembly, with the male hingedly attached to a cap, and a locator plastic pattern shown separately;

FIG. 15 is a view similar to FIG. 14 showing the locator plastic pattern cast in metal onto a root;

FIG. 16 is a sectional view, illustrating two female elements or plastic patterns cast onto a bar and aligned with two male elements;

FIG. 17 is a sectional view of a partial denture attachment assembly according to another embodiment of the invention, with the parts separated;

FIG. 18 is a sectional view of a modified partial denture socket element for use with the assembly of FIG. 17;

FIG. 19 is a partial sectional view of the attachment members of a dental attachment assembly according to a further embodiment of the invention;

FIG. 20 is a side elevational view of a modified locator root anchor attachment for use with the snap-on locator member of FIG. 19;

FIG. 21 is a side elevational view of a patient's jaw illustrating a full denture attached over the upper jaw using a plurality of dental attachment assemblies according to another embodiment of the invention;

FIG. 22 is a sectional view of the male retention member and female abutment member of one of the assemblies in FIG. 21, shown separated from one another and secured in the denture and tooth root, respectively;

FIGS. 23 to 26 illustrate a sequence of steps in the location, alignment, and attachment of the male retention member to an abutment member of the dental attachment assembly of FIG. 22;

FIG. 27 is a sectional view similar to FIG. 22 but illustrating a modified female abutment member for attachment to an implant rather than directly in a tooth root;

FIG. 28 illustrates another modified female socket or abutment member for attachment to a different type of implant;

FIG. 29 is sectional view of a two part angled abutment assembly for angle correction, with the parts shown separated; and

FIG. 30 is a sectional view of the assembly of FIG. 29 with the parts secured together for attachment to an implant, and the abutment member aligned with a male element prior to attachment.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIGS. 1 to 4 of the drawings illustrate a dental attachment assembly 10 for attaching a dental appliance to an implant 12. The assembly basically comprises a female socket member or abutment element 14 and a male retention member or element 16 which has a swivel engagement in a cap 18 secured in a dental appliance.

The female element 14 is of relatively strong material such as titanium coated with titanium nitride, or similar material. Element 14 has an enlarged upper end portion 20 having an upwardly facing socket 26, and a downwardly depending threaded shaft or stem 22 for attachment to an implant fixture 12 secured in the bone of an upper or lower dental arch. In FIGS. 1 to 4, the stem 22 is threaded for engagement in a threaded cavity in an implant fixture 12. It will be understood that the female element will be provided in multiple thread configurations and diameters for engagement in any of the various implant fixtures currently available on the market.

6

The upwardly facing socket 26 is of suitable shape and dimensions for releasable snap engagement with a downwardly depending retention head 28 on the male element 16. The mating shapes of the socket 26 and head 28 are similar to that described in U.S. Pat. No. 5,417,570 of Zuest et al., the contents of which are incorporated herein by reference, and will have a similar action. An outer locating surface 30 of the upper end portion 20 projects upwardly above the tissue level 32 when the female element is secured to an implant or tooth root, as best illustrated in FIG. 4. Locating surface 30 preferably has a slight inward taper from a position just above the tissue level up to the upper end of end portion 20. The surface portion 34 below the gum level may be cylindrical or have a slight inward taper such that the diameter at the lower end 35 of upper end portion 14 matches that of the implant 12, as indicated in FIG. 4.

A pair of diametrically opposed, axially extending notches 36 are provided on the locating surface 30. These are designed for engagement with an insertion tool (not illustrated) for holding the implant or female element 14 and threading it into a matching socket in an implant fixture 12. The female element or abutment 14 also has a weep hole 38 connecting the socket 26 to the outer surface of element 14, as best illustrated in FIGS. 1 and 2.

The male element 16 is of a material having some resilience, preferably nylon plastic, and is generally cup-shaped. The upper surface 40 is generally flat, and a skirt 42 projects downwardly from the upper surface 40 to surround the retention head 28. The retention head 28 has an outer shape substantially matching that of the socket 26. Socket 26 has a tapered leading edge or rim 44, a reduced diameter portion 45, an enlarged ring groove portion 46, and a lower chamfer edge portion 48. Head 28 of the male element has a matching shape with a chamfer 50 at the lower end, an annular ring portion 52 of enlarged diameter for snap engagement in groove portion 46, a reduced diameter portion 53, and an outwardly tapered upper end portion 54.

The skirt 42 has a lower end 56 which projects below the lower end of head 28, and an inner surface 60 which is tapered, preferably at an angle of around 10°, and is also concave, as best illustrated in FIG. 4. The dimensions of the skirt and the head are such that the lower end 56 of the skirt will contact locating surface 30 before the lower end of the head contacts the female element, as best illustrated in FIG. 3. The outer surface 62 of skirt 42 is convex or rounded, for snap-fit, swiveling engagement in a cavity 64 of corresponding shape in the cap 18, as best indicated in FIG. 4. This provides a swiveling, rotational movement or hinging action at the cap, where the attachment is secured to the denture or appliance, reducing wear, in a similar manner to that described in U.S. Pat. No. 5,417,570 referred to above. The pivoting of the nylon or resilient male in the metal denture cap 18 allows minor corrections for nonparallel abutments, as well as providing a longer lasting, resilient connection.

The denture or appliance can be removed repeatedly for cleaning, simply by snapping male head 28 out of socket 26, and can then be re-inserted. On re-insertion in the direction of the arrow 65 in FIG. 3, for example, the user may fail to align head 28 co-axially with socket 26. In this case, the lower end of skirt 42 will contact one side of the locating surface 30 before the head 28 reaches the socket. Further downward movement in the direction of the arrow 65 urges the male element to one side, in the direction of arrow 66, to align head 28 properly with the socket. Thus, the locator surface portion 30 of the female element together with the inner locating surface of skirt 42 act to urge the head 28 into proper alignment with the socket prior to snap insertion in

US 6,299,447 B1

7                                                                                              8

the socket. This avoids the problem of the nylon head potentially hitting the tapered rim 44 of the socket if mis-aligned, which would eventually cause damage to the softer head and decrease retention ability. The skirt and locator surface also allow easier location and insertion of the dental prosthesis by the patient.

The female element 14 will be provided in several tissue cuff heights to match the surrounding gingival level 32. The minimum height of the overall attachment assembly is much lower than that of the previous arrangement as described in U.S. Pat. No. 5,417,570 referred to above. The minimum height for a non-hexed implant abutment will be of the order of 1.75 mm., while the minimum height for a hexed implant abutment will be around 2.75 mm, which will help in cases where the implant is at tissue level. This is lower than the height of all such attachments currently on the market today, and has the advantage of providing a much lower profile and increased patient comfort. Other heights will also be provided depending on the depth of the tissue. The low profile above the attachment is also better for tooth placement.

By providing external notches 36 for engagement with an insertion tool, rather than an internal hex indent or the like as in U.S. Patent No. 5,417,570, the height of the female element can be reduced. The notches allow the female element to be held firmly for threading into the implant fixture 12. The female element also has an annular indent 72 for fitting over the hex projection on a hex-type implant with sufficient clearance to allow the female element to be screwed into the implant bone.

The weep hole 38 is located above the tissue level and makes it easier for saliva to escape from socket 26, reducing hydraulic pressure as a result of the male head engaging in the socket. This also allows easier connection of the male and female elements.

Once the head 28 is in snap engagement in the socket, as in FIG. 4, the skirt will only contact the locator surface portion 30 at the lower end, while the concave inner surface 60 will be spaced from surface portion 30 along the remainder of the attachment, as best illustrated in FIG. 4. This also enables easier insertion of the head 28 into the socket once the parts are in proper alignment.

FIG. 5 illustrates a modified female element or abutment 70 for attachment to a non-hexed implant (not illustrated). Element 70 will be used with the male element 16 of FIGS. 1 to 4 in a similar manner to hexed implant abutment 14, and like reference numerals have been used for like parts as appropriate. In this embodiment, head portion 20 in FIG. 5 is shorter than in the previous embodiment, and the indent 72 of FIGS. 1 to 4 is eliminated, with head portion 20 instead having a flat, lower annular face 74 which fits against the flat upper face of the previous embodiment.

FIG. 6 illustrates the female or abutment of a modified attachment assembly according to another embodiment of the invention, for use when an angle correction is necessary due to a divergent implant. The male element of this assembly will be identical to that of FIGS. 1 to 4. In this assembly, a two part female or abutment 80, and 82 is used. The lower part 80 has a cylindrical head portion 84 with a downwardly depending stem 85 which is suitably threaded and dimensioned for engagement in an implant of any standard type. Head portion 84 has a tapered, upwardly facing socket 86 with a hex or multi-sided recess 88 at its lower end for engagement with an appropriate insertion tool for threading the part 80 into an implant.

The upper part 82 of the abutment has a tapered lower surface portion 90 which has a precision machined taper

known as a Morse taper which precisely matches the taper of socket 86, so that when portion 90 is forced into socket 86, the parts 80 and 82 will be permanently locked together. Upper part 82 has an angled upper portion 92 which has an axis at a predetermined angle to the lower portion 90. Upper parts 82 may be provided in a variety of different angles for accommodating different angular offsets in the implant. Preferably, upper parts 82 with angles of 10° and 20° are provided.

An upwardly facing socket 94 is provided in the angled upper portion 92 of the part 82 for releasable snap engagement with the head 28 of the male element of FIGS. 1 to 4. The shape and dimensions of the socket 94 are identical to that of socket 26 of the previous embodiments, and like reference numerals have been used for like parts as appropriate. However, unlike the previous embodiment, socket 94 has a central axis 95 which is at a predetermined angle θ to the attachment axis or direction 96, as indicated in FIG. 6. As noted above, parts 82 are preferably provided with angles of 10° and 20°.

With this embodiment, as in the previous embodiments, a tapered locator surface portion 98 is provided on part 82 for engaging the lower end 56 of skirt 42 of the male element 16 as the male element is re-attached by the patient. Thus, the same alignment occurs when the male element 16 is attached to an angle correction, two part female 80, 82 as described above in connection with FIG. 3. Also as in the previous embodiment, a saliva weep or bleed hole 99 connects the socket 94 with the outside of female part 82.

FIG. 7 illustrates another modified female element 100 which is also designed for releasable snap engagement with the male element 16 of FIGS. 1 to 4. The female element or attachment 100 is designed for direct cemented engagement in a prepared bore in a tooth root, rather than for threading into an implant as is the case with female elements 14 and 80, 82 referred to above.

Female element 100 has a head portion 102 and a reduced diameter, downwardly depending stem or shaft 104 which will typically be longer than the shaft of the female element 14 of the previous embodiment. The longer shaft or post 104 will add stability to the attachment. Shaft 104 is suitably threaded or provided with other formations for cement retention in a prepared bore in a tooth root. The head portion 102 has a socket 106 of identical shape and dimensions to that of FIGS. 1 to 4, and like reference numerals have been used for like portions as appropriate. Additionally, a saliva bleed hole 108 connects socket 106 to the outside surface of the element 100.

A tapered locator surface 110 is provided which extends from the upper end of head portion 102 downwardly to a location 112 which will be above the gum line when the female element is installed in a prepared root. As in the previous embodiments, when a patient attempts to re-attach a male element 16 to female element 100, the lower end 56 of the skirt 42 will first contact locator surface 110, and will be urged into a centrally aligned position as the patient continues to urge the element downwardly. Thus, the retention head 28 will be properly aligned for snap engagement in socket 106.

FIG. 8 illustrates a modified root anchor or female element 114 which is similar to that of FIG. 7 but which is provided with an angle offset to accommodate divergent tooth roots. Female element 114 has a head portion 102 identical to that of the previous embodiment, and like reference numerals have been used for like parts as appropriate. A stem 116 projects downwardly at an angle to the

| 9 | 10 |

axis of head portion 102. Female elements 114 may be provided with stems at various angles to accommodate different root divergence angles, and female elements 114 are preferably provided at angles of 10° and 20°.

The root anchors of FIGS. 7 and 8 are provided with a long stem which may be shortened by cutting to the appropriate length to conform to various lengths of root tips. Additionally, an alternative version of the root anchor may be provided which is identical to that of FIG. 7 but with no stem. This may be provided in plastic, and may be cast with a gold coping covering the exposed superior surface of the root, or with a cast bar on implants.

Each of the implant assemblies of FIGS. 1 to 8 may be used to attach a partial denture, a full overdenture, or other dental appliance in a patient's mouth. One or more wall retention members are suitably secured in the dental appliance, and an equivalent member of female socket members are suitably positioned in the mouth by attachment to implants or existing tooth roots.

FIGS. 9 and 10 illustrate a denture attachment or anchor assembly 120 according to another embodiment of the invention. The attachment assembly in this case is designed for attachment to an abutment tooth 1 22, rather than to a tooth root or implant. The assembly 120 basically comprises a female element 124 having a distal extension 126 which is secured in a suitable slot provided in an adjacent or abutment tooth 122, and a male element 128 for releasable snap engagement with female element 124.

Female element 124 has a through bore 130 which is shaped for releasable snap engagement with a retention head 132 of male element 128. Through bore 130 has a tapered rim portion 134, a reduced diameter portion 136, and an enlarged annular groove portion 138 at the lower end of the bore. Head 132 is of substantially matching shape, having a tapered portion 140, reduced diameter stem portion 142, and an enlarged ring portion 144 at the lower end for snap engagement in groove portion 138, as illustrated in FIG. 10. As in the previous embodiments, the female element is of a suitable cast metal or cemented metal insert while the male element is of resilient material such as nylon.

Male element 128 is generally cup shaped, with a downwardly depending skirt 146 surrounding head 132 and having a lower end 148 spaced below the lower end of head 132. Skirt 146 has a slot 150 for engaging over distal extension 126 of the female element when the parts are secured together, as best illustrated in FIG. 9.

As in the previous embodiments, female element 124 has an outwardly tapered, locating surface portion 152 projecting from the upper end of the element 124 downwardly to point 154. Element 124 is cylindrical from point 154 down to the lower end of the element. The skirt 146 has a concave inner surface portion 155 similar to surface portion 60 of the first embodiment.

The male element 128 of this embodiment will be hinged in a cavity in a suitable cap, as in the previous embodiment, and the cap will be secured in a dental appliance which is attached in the patient's mouth via male and female attachment assembly 120. As in the first embodiment, when a patient attempts to re-insert the appliance, the male head 132 may not be accurately aligned with the female socket element 124. In this case, the lower end 148 of skirt 146 will hit the locator surface 152, as indicated in FIG. 3 for the first embodiment, and further downward force will tend to urge the male element sideways until it is in proper alignment with bore 130. The male head 132 can then be pushed down easily into snap engagement in bore 130, into the position illustrated in FIG. 10.

In each of the previous embodiments, the female element or abutment has an upper locator surface which is tapered. The taper angle is preferably of the order of 10°. The inner surface of the skirt on the male member has a similar taper, but is concave such that the opposing surfaces are spaced apart when the male is fully engaged.

FIG. 11 illustrates a modified male element 160 and cap 161 which may be used for retrofit into an existing female or anchor 162 of the type which is generally cup shaped having an upstanding cylindrical wall 164. The inner surface of wall 164 has an annular, rounded rib 166. This type of female anchor is well known in the field. In this embodiment, the male element 160 of the attachment assembly is modified for snap engagement with a female anchor of the type illustrated in FIG. 11. As in the previous embodiments, male element 160 is of a suitable, durable resilient material such as nylon plastic.

The male element 160 is also generally cup-shaped, with a retention head 168 of similar shape to the previous embodiments and a downwardly depending peripheral skirt 170. However, unlike the previous embodiments, skirt 170 does not extend below the lower end of head 168.

Male element 160 has an outer curved surface 172 which is designed for hinged engagement in a correspondingly shaped cavity 174 in the metal cap 161, as in the first embodiment. In this embodiment, the male hinges at one end in cap 161 which is secured in the dental appliance. The appliance may be removed for cleaning purposes by snapping head 168 out of the bore in female element 162. It may be re-inserted by forcing head 168 downwardly until it snaps past rib 166 into the engaged position illustrated in FIG. 11. The attachment will then have some freedom of movement at both ends, both at the cap and at the female element, reducing wear and loosening of the attachment.

FIG. 12 illustrates a female or abutment element 200 according to another embodiment of the invention. Element 200 is similar to that of FIGS. 1 to 4, and like reference numerals refer to like parts as appropriate. This abutment element 200 is designed for snap engagement with the male element 202 of FIG. 14. Male element 202 is similar to the male element of FIGS. 2 to 4, and like reference numerals have been used as appropriate. However, in the embodiment of FIGS. 12 and 14, the assembly has an outside snap retention in addition to the inside snap retention provided between socket 26 and retention head 28.

As in the first embodiment, the female or abutment element 200 is of relatively strong material such as titanium coated with titanium nitride, or the like. Element 200 has an enlarged upper end portion 204 having an upwardly facing socket 26 and a downwardly depending, threaded stem 22 for attachment in an implant fixture (not illustrated). The upwardly facing socket is of suitable shape and dimensions for releasable snap engagement with the downwardly depending, plastic retention head 28 of male element 202, as in the first embodiment. The lower face of end portion 204 has an annular indent 72 for engagement over an upper hex formation on the implant fixture. FIG. 13 illustrates a modified female element 200' in which the indent 72 is eliminated. Element 200' is designed for direct cementation in the prepared bore in a tooth root of an upper or lower dental arch. Element 200' has a shorter head portion 204' than that of FIG. 12, but is otherwise similar to the abutment element 200 of FIG. 12, and like reference numerals have been used as appropriate. The external notches 36 are eliminated in this case since the element 200' is cemented into a tooth root bore and does not need an insertion tool.

US 6,299,447 B1

11

The head or upper end portion 204 of element 200 has an upper, convex or outwardly bulging locator portion 206 which extends down to an indent or notch 208. A generally cylindrical skirt portion 210 extends downwardly from notch 208. The modified female element 200' also has an upper, outwardly bulging locator portion 206 and notch 208, followed by a shorter cylindrical portion 210' leading down to the lower, substantially flat end face 212 of the head or end portion 204'.

FIG. 14 illustrates a denture attachment 213 comprising male element 202, and a modified female element 230 comprising a locator plastic pattern. The male element may be secured to any one of the female or abutment elements 200, 200', or 230 of FIGS. 12 to 14.

The male element 202 is of a material having some resilience, preferably nylon plastic, and is generally cup shaped. The upper surface 214 is generally flat, and a skirt 216 projects downwardly from the upper surface to surround the retention head 28. The retention head has an outer shape substantially matching that of socket 26, and is designed for snap engagement in the socket. The skirt 216 has a lower end 218 which projects downwardly below the lower end of retention head 28. The outer surface of the skirt is convex or rounded for snap-fit, swiveling engagement in a cavity of corresponding shape in cap 220.

The inner surface of skirt 216 has an upper, concave or inwardly bulging portion 222, an annular ring portion 224 of reduced diameter, and a lower, outwardly tapered rim 226, and is designed for releasable, snap engagement over the convex portion 206 of the female element 200 or 200'. As the male element is pushed down towards female element 200 or 200', the lower end 218 will first contact the outwardly tapering upper end of the convex portion 206. This will cause the skirt to flex outwardly over the outwardly bulging portion, and then snap back inwardly so that the annular ring 224 rests in notch 208. At the same time, the upper end of the convex portion engaging the skirt will have a centering or locating action, aligning the retention head 28 properly with the socket 26, as best illustrated in FIGS. 23 to 26. As the skirt snaps over the outer surface of the upper end portion 204, the retention head 28 will enter and snap into the socket 26, providing both an outer and an inner retention of the dental appliance on the female element.

FIG. 14 illustrates another modified female or locator element 230, which is similar to that of FIGS. 12 and 13 except for the elimination of the threaded stem 22,22', and like reference numerals have been used for like parts of locator element 230 as appropriate. Locator element 230 is a plastic pattern for casting with a gold coping directly on the exposed superior surface of a root 232, as in FIG. 15, or several plastic patterns may be cast onto a bar 234 secured to several implants, as in FIG. 16. The female element 230 has a head portion 236 identical to the upper end portions 204, 204' of FIGS. 12 and 13, and a flat lower end face 238 of diameter matching that of the upper end of root 232.

Male element 202 may be snap engaged onto any of the three female or locator elements 200,200', or 230, which in turn may be secured to an implant, directly into a prepared bore in a tooth root, or to the upper end of an existing root 232. Locator elements 230 may also be cast at predetermined positions on a bar 234 which is secured to a plurality of dental implants in a known manner, and may be snap engaged with corresponding male elements 202 secured in a denture as indicated in FIG. 16. Additionally, plural male elements 202 may be secured in a full denture, for engagement with corresponding female or locator elements at

12

spaced locations in a patient's mouth, as described in more detail below in connection with FIGS. 21 and 22.

Locator element 230 is initially formed as a plastic pattern, which is cast into metal in a dental lab on stone model of a root, which is then connected over the upper surface of the root, which is first flattened by the dentist. Alternatively, the locator element is cast onto a bar 234 as in FIG. 16.

In each of the alternatives illustrated in FIGS. 12 to 16, better retention is provided by the inner and outer snap engagement of the male element onto the female or locator element. At the same time, all the advantages of the previous embodiments are obtained, since the skirt will engage over the initially outwardly tapering bulge on the female element to center the retention head on the socket as the head is urged towards the female element, in a similar manner to that illustrated in FIG. 3. The improved retention will also reduce wear problems, since the outer, snap-engaging surfaces will still provide retention even if the retention head wears out over time. This can double the lifetime of the attachment assembly. The outer snap engaging surfaces 206,222 are preferably designed to allow a small amount of vertical movement of the male element relative to the female or locator element.

FIG. 17 illustrates a denture attachment or anchor assembly 250 according to another embodiment of the invention. The attachment assembly 250 in this case is designed for attachment to an abutment tooth, similar to the embodiment of FIGS. 9 and 10 above, and like reference numerals have been used for like parts as appropriate. Additionally, the embodiment of FIG. 17 has both inside and outside retention, like that of FIGS. 12 to 16.

The assembly 250 basically comprises a female or locator element 252 having a distal extension 126 which is secured in a suitable slot provided in an adjacent abutment tooth (not illustrated), and a male element 254 for releasable snap engagement with female element 252. Female element 252 has a through bore or socket 130 which is shaped for releasable snap engagement with a retention head 132 of the male element 254. The male element 254 has an outer surface 256 which is rounded for swiveling engagement in a cap 258 which is welded in a suitable recess in a dental appliance (not illustrated).

The female or locator element 252 has an outwardly bulging or convex outer surface 260 which extends from the upper end 262 to the lower end 264 of element 252. The male element 254 is generally cup shaped, as in the previous embodiments, and has a downwardly projecting skirt 266 surrounding retention head 132 and extending down below the lower end of head 132. The inner surface of the skirt has an inwardly bulging or concave portion 268 for mating snap engagement with the convex outer surface 260 of the female element 252. Concave portion 268 terminates above the lower end of the skirt, and an annular rim portion 270 projects downwardly from concave portion 268.

In this embodiment, the entire outer surface of the female element is used for snap engagement with the inner concave surface on the male skirt. As the male element is moved towards the female or locator element, the lower end of the skirt will first contact the upper, outwardly curving portion of the outer surface 260, and the skirt will be biased outwardly over the bulge, snapping inwardly over surface 260 as soon as it clears the maximum diameter portion of the bulge. The skirt will start to engage over the outer surface before retention head 132 enters the socket, ensuring proper alignment. The retention head 132 will then move into snap

US 6,299,447 B1

13                                                              14

engagement in socket 130. This provides all the advantages of increased retention and increased lifetime of the attachment as in the previous embodiment. Additionally, the partial denture attachment allows the entire outer surface of the female element to be used for the snap engagement. The outer surface curves continuously from the lower end up into the rim of the socket 130, avoiding any sharp edges which could potentially damage the resilient male element. This will also increase lifetime of the attachment.

FIG. 18 illustrates a modified female element 252' for engagement with the same male element 254 as in FIG. 17, but with a lower angle extension 272 as may be required in some cases depending on the adjacent tooth placement. The female element 252' is otherwise similar to that of FIG. 17, and like reference numerals have been used as appropriate.

In the embodiments of FIGS. 12 to 18, several attachment assemblies were described which provided both inside and outside snap retention of a male element on a female locator element, as well as location and centering of the male element over the female socket so that the retention head was properly aligned prior to engagement. FIG. 19 illustrates an alternative denture attachment or anchor assembly 280 in which the inner snap engagement is eliminated, and an external snap retention only is provided. This attachment may be used, for example, in cases where less retention force is required, and has advantages over the inner snap only arrangement of FIGS. 1 to 11 since it will be less liable to wear of the snap engaging surfaces.

Anchor assembly 280 comprises a first, locator or abutment member 282 and a second, snap-on or retention member 284, which replaces the male elements of the previous embodiments. The locator or abutment member 282 has a head 286 and a threaded stem 288 depending downwardly from head 286 for threaded engagement in a hexed implant (not illustrated). The head 286 has a hex-shaped indent or socket 289 extending downwardly from its upper end, for engagement with a suitable tool for securing member 282 to an implant. The outer surface of the head has an outwardly bulging or convex portion 290, equivalent to convex portions 206 of the embodiments of FIGS. 12 to 16, an indent 291, and an outwardly tapered lower end portion 292. The lower end 293 of the head may have an indent (not illustrated) similar to that of FIGS. 2 and 12, for engaging over the hex formation on a hex implant.

The second, snap-on member 284 is generally cup-shaped as are the male elements of the previous embodiments, but the retention head is completely eliminated. The snap-on member 284 has a generally flat upper end face 294 and a downwardly depending skirt 295 forming an inner cavity 296 for engaging over the head of locator member 282. The outer surface of member 284 is rounded for swivel engagement in cap 220, which is identical to the cap of FIGS. 12 to 16. The inner surface of skirt 295 has an upper, concave or inwardly bulging portion 297, a minimum diameter, circular ridge 298, and an outwardly tapered lower rim 299 below ridge 298, with the shape and dimensions substantially matching those of the outer surface of head 286. As in the previous embodiments, snap-on member is of resilient, durable material such as nylon plastic.

As the snap-on member is moved downwardly towards the head, the outwardly tapered rim 299 will first contact the inwardly curved upper regions of the convex portion 290 of the head. Further downward motion will force the minimum diameter ridge 298 to flex outwardly to clear the maximum diameter part of convex portion or bulge 290, after which it will snap back into indent 291. This snap engagement will

releasably retain the snap-on member on the head unless positively removed, thus securing a dental appliance to the implant.

FIG. 20 illustrates a modified locator or attachment member 300 which is similar to that of FIG. 19, and like reference numerals have been used for like parts as appropriate. The locator member 300 has locator and snap-engaging portions 290,291 identical to those of FIG. 19, and is designed for snap engagement with the same snap-on member 284. However, the head 286 has a flat lower end face 302 and a threaded stem 304 for direct cementation into a prepared bore in a tooth root of an upper or lower dental arch.

It will be understood that the locator member with outside retention only may also be provided without a threaded stem, as in FIGS. 15 and 16, so that it may be secured directly to a flattened upper end of a root or onto a denture bar. The partial denture of FIGS. 17 and 18 may also be modified to provide outside retention only.

The use of an outside snap engagement, rather than an inside snap engagement into a socket in a female abutment element, has advantages since there is then no retention head which is liable to wear as a result of bumping against end faces of the abutment element if attempts are made to insert it when it is out of alignment with the socket. The snap-engaging convex and concave surfaces of the members in FIGS. 19 and 20 are much less susceptible to damage and wear, and will last longer than an attachment assembly with inside retention only.

FIGS. 21 and 22 illustrate the use of a plurality of locator attachment assemblies according to the invention for securing a full denture 320 in a patient's mouth. Although any of the attachment assemblies described above may be used in this manner, FIG. 22 illustrates the female element 200' of FIG. 13 directly cemented in a prepared bore in a tooth root 322 of a patient's upper or lower arch, and a male element 202 as illustrated in FIG. 14 secured in a suitable indent in the denture 320. The female element 200' and male element 202 are identical to those illustrated in FIGS. 13 and 14, and like reference numerals have been used for like parts as appropriate. For a full denture, a minimum of two and a maximum of four locator attachment assemblies will be used to releasably secure the denture in the patient's mouth.

A series of up to four spaced female elements 200' will be cemented in bores in existing tooth roots at appropriate locations in the upper or lower jaw, and male elements 202 will be secured at corresponding locations in the denture 320 so as to face the respective female elements as the denture is installed. However, it is quite likely that each male element 202 will not be precisely aligned with the corresponding female element as the patient places the denture over their upper or lower arch. The outer locator skirts 216 will act to move the denture into a proper alignment position for each of the female elements without any undue difficulty or effort on the part of the patient. FIGS. 23 to 26 illustrate the alignment procedure in detail.

FIG. 23 illustrates a first stage where a patient is starting to urge the denture down over the arch with the male element 202 out of alignment with the underlying female element 200'. The lower end or rim 218 of the skirt 216 will first contact the upper end of the curved, outer locating surface 206 of the female element at one side, as indicated in FIG. 23. Further downward pressure on the element 202 as illustrated in FIG. 23 will cause the contacting part of the rim 218 to travel outwardly over the outwardly bulging portion of surface 206, at the same time moving the entire element 202 laterally to the right as viewed in FIG. 23, into the

US 6,299,447 B1

15

aligned position illustrated in FIG. 24 where the opposite side of rim 218 contacts the opposite side of locator surface 206. At this point, the male retention head 28 has not yet entered the socket 26, and so cannot be damaged by hitting any part of female element 200'. The head 28 does not start to enter the socket until the skirt 216 has already engaged the locator surface 206 and been moved into proper alignment with that surface, at which point the head 28 is also properly aligned with socket 26.

Further downward pressure on male element 202 (or upward pressure in the case of a denture applied over the upper jaw as in FIG. 21) beyond the point illustrated in FIG. 24 will cause the skirt 216 to snap over convex locator surface 206 and, shortly thereafter, cause the head 28 to snap into engagement with socket 26, as illustrated in FIG. 25. Some hinging or pivotal movement of the cap 220 and attached denture relative to the attachment is permitted, as indicated in FIG. 26. The patient can easily insert the denture simply by placing it in an appropriate position in the jaw, and then biting down, which will cause the locator rings or skirts 216 to engage and align with the respective sockets before the male elements snap engage in the sockets. This considerably reduces the inconvenience of trying to insert a denture when the attachments are not properly aligned, and also reduces the risk of damage to the male elements if a patient bites down before proper alignment is reached.

The male elements in FIGS. 21 to 26, and all of the embodiments described above, are not directly secured in the denture or other dental appliance, but are instead in swivel engagement in a cap which is secured in an indent in the denture or other appliance. However, this is not essential, and the male elements may alternatively be secured in the denture by some other means in other embodiments, such as by directly cementing in the denture or appliance where no freedom of movement is required.

FIG. 27 illustrates an attachment assembly for use with an implant retained overdenture. The assembly comprises a female element 200 as illustrated in FIG. 12 which is designed to fit into a hexed implant 330 installed in the jawbone 332. Recess 72 is dimensioned to provide sufficient clearance to fit over the hex projection 334 of implant 330. Male element 202 is secured in a denture 320 for snap engagement with female element 200 in the manner described above in connection with FIGS. 21 to 26. A plurality of female elements will be secured in implants for releasable engagement with correspondingly placed male elements in the denture. Typically, between two to four attachment assemblies and implants will be used for securing a full denture in place.

In both the case of a root retained overdenture and an implant retained overdenture, the attachment assembly of this invention will make removal and re-insertion of the denture much easier, and will considerably increase the lifetime of the attachment elements. The provision of both an outer and an inner snap retention provides an increase in retention force as well as increased effective lifetime of the parts. The automatic alignment by means of the outer locator skirts or rings considerably reduces the risk of damage to the nylon parts as a result of attempts to bite down on the denture before the snap engaging male and female elements are properly aligned.

FIG. 28 illustrates a modified female element 340 which is similar to element 200 but has a threaded shaft 22" designed for fitting into an implant of the non-hexed type. In this embodiment, the indent for receiving the hex projection is eliminated, and the head 342 of the female element is

16

shorter and has a flat lower face 344 which fits over the flat upper face of the implant. The female element 340 is otherwise identical to element 200, and like reference numerals have been used for like parts as appropriate.

The female elements 200,200' and 340 for a direct root attachment, a hexed implant attachment, and a non-hexed implant attachment, respectively, will all be provided in several tissue cuff heights to match the surrounding gingival level. The height of the overall attachment assembly is generally much lower than that of prior art denture attachments. The minimum height of the head of the non-hexed abutment or female element 340 is of the order of 1.5 mm, as compared with a prior art implant abutment having a height of the order of 5.1 mm. The minimum height of the head of the abutment or female element 200 for fitting over a hexed implant is of the order of 2.25 mm., as compared to height of 6 mm for a corresponding prior art implant abutment.

FIGS. 29 and 30 illustrate an improved, two part implant attachment assembly 350 for providing an angle correction. This is similar to the embodiment of FIG. 6, but comprises two parts rather than a one piece abutment as in FIG. 6, which considerably reduces the height of the abutment. The implant attachment assembly 350 comprises an angled locator abutment 352 and a fixation screw 354. The locator abutment 352 is angled at 20°, although abutments will be provided at other angles, such as 10°. Abutment 352 has a through bore 355 and an outer surface with an angled upper portion 356 having an outwardly rounded, snap engaging formation 358 at its upper end for releasable snap engagement with the corresponding inner surface 222 of the skirt 216 of the male element 202 (or the retention element 284 of FIG. 19 which has no inner male head), holding the male or retention element at an angle of 20° relative to the axis of abutment 352 and the implant to which it is attached. This provides angle compensation for any divergent implants. Through bore 355 has a first portion 360 extending from the upper end of the abutment, and an enlarged counterbore 362 at its lower end for fitting over a hex projection on a hex-type implant so that the abutment can be seated on top of the implant. A female thread 364 with a tapered lead-in edge 345 is provided at the lower end of the first portion 360 of the through bore.

The fixation screw 354 has an enlarged, threaded post 366 at one end, a reduced diameter stem 367, and an enlarged head 368 at the opposite end. An internal hex (not illustrated) is provided in head 368 for engagement with a suitable tool for installation and removal purposes. Head 368 has a bevel 369 at its lower end. The post 366 threads through the thread 364 in bore portion 360 of the abutment 352 and into a threaded bore in the implant (not illustrated). The bevel 369 on head 368 will be seated on the taper 365 at the upper end of the thread 364 to lock the abutment tightly to the implant.

Male element 202 or retention element 284 can then be snap engaged over the upper end of abutment 352 to releasably secure a full or partial denture in position in the mouth. The first portion 360 of the bore in abutment 352 is suitably enlarged as illustrated to allow a male head of a retention element 202 to fit into the bore with clearance. Thus, the male head 28 will simply float inside the abutment, providing no inside retention. This arrangement has the advantage that the same male element 202 can be used for either an angled or non angled abutment, so that the dentist will need less parts and does not have to select different types of retention element for different locations in the mouth.

US 6,299,447 B1

17

The angled implant attachment assembly 350 of FIG. 29 is designed for attachment to an external hexed implant. However, it will be understood that the abutment 352 and fixation screw 354 may be modified for attachment to spline implants and non-hexed implants.

The two part abutment of FIG. 29 is an improvement over the arrangement of FIG. 6, since it is reduced in height from around 6 mm. for the version of FIG. 6 to about 3 mm for the version of FIG. 29. This provides additional interocclusal space for improved denture aesthetics.

In each of the above embodiments, a male or snap-on attachment is provided which is secured at one end to a dental appliance and at the other end to a female or locator element. In the embodiments of FIGS. 1 to 18 and 21 to 29, the male element has a central retention head for releasable snap engagement in a socket in a female element, and a downwardly depending head surrounding the head along part or all of its length. In the embodiments of FIGS. 1 to 10, 14 to 18, and 21 to 29, the skirt extends beyond the end of the head, and acts together with a tapered locating surface on the female element to provide a self-alignment of the male with the female socket as the parts are secured together. This reduces or avoids the risk of the retention head repeatedly impacting against the edge of the socket when re-inserted, which could ultimately damage the head and render it inoperative.

In each of the embodiments, the male or snap-on element has a skirt which contacts an initially outwardly tapering surface on the female or locator element to provide a self-alignment of the parts. In FIGS. 1 to 11, the alignment is provided in conjunction with an internal snap engagement between the parts. In FIGS. 12 to 18 and 21 to 28, the alignment or locator function is combined with both an internal and an external snap engagement, for increased retention force and increased effective lifetime of the parts. The arrangement is such that the outer locator skirt starts to snap engage over the locating surface on the female or abutment element before the male head enters the socket as best illustrated in FIGS. 23 to 26. This ensures that the head is properly aligned with the socket prior to snap engagement in the socket. In FIGS. 19, 20, and 29 the locator function is combined with outside snap retention only.

Although some preferred embodiments of the invention have been described above by way of example only, it will be understood by those skilled in the field that modifications may be made to the disclosed embodiment without departing form the scope of the invention, which is defined by the appended claims.

We claim:

1. A dental attachment assembly, comprising:

an abutment member for attachment to a tooth root, implant, or adjacent tooth, the abutment member having an upper end, and an outer locating surface portion projecting downwardly from the upper end;

a retention member for attachment to a dental appliance for releasably securing the dental appliance to the abutment member, the retention member having an inner end and a skirt projecting from the inner end for engagement over the outer locating surface portion of the abutment member;

the skirt and outer locating surface portion of the abutment member having mateable snap engaging formations for releasable snap engagement of the skirt over the abutment member and the skirt and outer locating surface portion comprising means for aligning the retention member with the abutment member as the

18

retention member is moved into contact and engagement with the abutment member; and

the abutment member having a socket projecting inwardly from the upper end, and the retention member having a male retention head projecting from the upper end for releasable snap engagement in the socket, the skirt surrounding the retention head.

2. The assembly as claimed in claim 1, wherein the retention head and shirt each have a lower end, and the lower end of the skirt extends downwardly beyond the lower end of the retention head, whereby the lower end of the skirt will contact the abutment member before the lower end of the retention head reaches the socket on attachment of the retention head to the abutment member, whereby the skirt contacting the abutment member aligns the retention head with the socket.

3. The assembly as claimed in claim 1, wherein the outer locating surface portion of the abutment member has a pair of diametrically opposed notches for engagement with an insertion tool for engaging the abutment member with an implant.

4. The assembly as claimed in claim 1, wherein the abutment member comprises means for attachment to a non-hexed implant, and the abutment member has a minimum height of 1.5 mm.

5. The assembly as claimed in claim 1, wherein the abutment member comprises means for attachment to a hexed implant, and the abutment member has a minimum height of 2.25 mm.

6. The assembly as claimed in claim 1, wherein the outer locating surface portion of the abutment member is convex and the skirt has an inner surface with concave portion matching said convex outer surface portion of said abutment member, said convex outer surface portion and concave portion comprising means for releasable snap engagement of the skirt over the outer locating surface portion of the head.

7. The assembly as claimed in claim 1, wherein the abutment member has a weep hole connecting the socket to the outside of the female member for allowing saliva to escape.

8. The assembly as claimed in claim 1, wherein the abutment member has a head portion at the upper end and a shaft depending downwardly from the head portion.

9. The assembly as claimed in claim 8, wherein the shaft is at a predetermined angle to the head portion.

10. The assembly as claimed in claim 9, including a plurality of abutment members for selective engagement with a tooth root or implant, including a first abutment member having a shaft aligned with said head portion, a second, angled abutment member having a shaft at an angle of 10° to said head portion, and a third, angled abutment member having a shaft at an angle of 20° to said head portion.

11. The assembly as claim 1, further comprising a fixation screw for securing the abutment member to an implant, the abutment member having a through bore having a reduced diameter portion, the fixation screw having a head for engagement with the reduced diameter portion and a shaft for engagement in an implant bore.

12. The assembly as claimed in claim 11, wherein the abutment member has an angled upper portion, the outer locating surface portion being provided on said angled upper portion for securing to a retention member at a predetermined angle to an implant on which the abutment member is secured.

13. The assembly as claimed in claim 1, wherein the outer locator surface portion comprises a convex bulge, and the

19 20

inner surface of the skirt has a concave portion for snap-engagement over the convex bulge.

**14.** The assembly as claimed in claim 13, wherein the convex bulge and concave portion each extend around the circumference of the respective head and skirt.

**15.** The assembly as claimed in claim 1, wherein the head has a flat lower end face for attachment to a root or bar.

**16.** A dental attachment assembly, comprising:

an abutment member for attachment to a tooth root, implant, or adjacent tooth, the abutment member having an upper end, and an outer locating surface portion projecting downwardly from the upper end;

a retention member for attachment to a dental appliance for releasably securing the dental appliance to the abutment member, the retention member having an inner end and a skirt projecting from the inner end for engagement over the outer locating surface portion of the abutment member;

the skirt and outer locating surface portion of the abutment member having mateable snap engaging formations for releasable snap engagement of the skirt over the abutment member and the skirt and outer locating surface portion comprising means for aligning the retention member with the abutment member as the retention member is moved into contact and engagement with the abutment member;

the abutment member comprising a head portion having said upper end and a lower end, and a distal extension projecting from said head portion for attaching the abutment member to an abutment tooth, the skirt of the male member having a slot for fitting over said distal extension; and

said abutment member having a through bore extending from the upper end to said lower end, and the male member having a retention head projecting from its upper end for releasable snap engagement in said through bore.

**17.** The assembly as claimed in claim 16, wherein the outer locating surface portion of said head portion is convex.

**18.** The assembly as claimed in claim 16, wherein said skirt has a lower end extending beyond said retention head for contacting said abutment member before said retention head reaches the upper end of said abutment member.

**19.** A method of anchoring a dental appliance in a patient's mouth, comprising the steps of:

securing an abutment member at a predetermined position in a patient's mouth with a head facing outwardly and a predetermined portion of the head projecting above the gum line, the predetermined portion having an outer locating surface;

attaching one end of a retention member in a dental appliance whereby a skirt on the retention member faces away from the appliance and towards the abutment member when the appliance is placed in the patient's mouth;

positioning the dental appliance in the mouth and moving the skirt in a first direction towards the abutment member until a lower end of the skirt engages the outer locating surface of the head to align the retention member with the head;

urging the retention member downwardly into snap engagement with the head;

wherein the dental appliance comprises a full denture, and a plurality of spaced abutment members are secured at predetermined locations in a patient's upper or lower jaw, and a corresponding number of retention members are secured at corresponding locations in the denture for alignment with the abutment members when the denture is placed in the mouth, the denture being placed in the mouth above the abutment members and moved towards the abutment members until the locator skirts of the respective retention members engage the outer locating surfaces of the respective abutment member heads, and the denture being urged further onto the jaw beyond this position by biting down on the denture, whereby any misaligned retention member is moved laterally into alignment with the respective abutment member by engagement and travel of the locator skirt over the respective outer locating surface; and

each abutment member having a socket and each retention member having a central male retention head for releasable snap engagement in the socket, and the skirt and outer locating surfaces of each retention member and abutment member have snap engageable mating formations, each skirt and retention head having an outer end, and the outer end of the skirt projecting beyond the outer end of the retention head, and the steps of securing each retention member to the respective abutment member further comprise moving the denture towards the abutment members until a first position is reached in which the lower end of each skirt contacts the outer locating surface of the respective abutment member, moving the denture in the same direction beyond the first position so that the skirt moves into alignment with the socket and starts to snap engage over the outer locating surface at a second position prior to entry of the retention head into the socket, and moving the denture beyond the second position by biting down on the denture until each skirt is fully snap engaged over the outer locating surface and each retention head is snap engaged in the respective socket.

**20.** A dental attachment assembly, comprising:

an abutment member having an upper end and a flat lower end face for attachment to a tooth root or a bar, the abutment member having an outer, generally cylindrical surface and a socket projecting inwardly from the upper end;

a male member having an upper end for engagement in a recess in a dental appliance, a retention head projecting from the upper end for releasable snap engagement in the socket, and a skirt projecting from the upper end and surrounding the retention head along at least part of the length of the retention head; and

the outer surface of the abutment member and the inner surface of the skirt having mateable snap-engaging formations whereby the skirt can be releasably snap-engaged over the head to provide a second snap engagement between the abutment and male members.

* * * * *

# Exhibit C

Int. Cl.: 10

Prior U.S. Cl.: 44

# United States Patent Office

**Reg. No. 989,049**
**Registered July 23, 1974**

## TRADEMARK
### Principal Register

## ZEST

Max Zuest
595 San Fernando
San Diego, Calif.

For: ANCHOR FOR USE IN SUPPORT AND RE-
TENTION OF FULL AND PARTIAL DENTURES, in
CLASS 44 (INT. CL. 10).

First use Oct. 31, 1971; in commerce Oct. 31, 1971.

Ser. No. 461,227, filed June 25, 1973.

CHARLES R. FOWLER, Supervisory Examiner

S. D. LaPOINTE, Examiner

Int. Cl.: 5

Prior U.S. Cl.: 18

## United States Patent and Trademark Office

Reg. No. 1,251,485
Registered Sep. 20, 1983

### TRADEMARK
Principal Register

### ZEST

Zest Anchors, Inc. (California corporation)
Suite 201
8262 Clairemont Mesa Blvd.
San Diego, Calif. 92111

For: GEL FOR TREATMENT OF EXPOSED TOOTH SURFACES INVOLVED IN OVERDENTURE RETENTION, in CLASS 5 (U.S. Cl. 18).

First use Oct. 7, 1981; in commerce Oct. 7, 1981.

Ser. No. 374,136, filed Jul. 12, 1982.

J. G. RICCIUTI, Examining Attorney

# Exhibit D

**Int. Cl.: 10**

**Prior U.S. Cls.: 26, 39, and 44**

**United States Patent and Trademark Office**

Reg. No. 2,559,602

Registered Apr. 9, 2002

## TRADEMARK
### PRINCIPAL REGISTER

# LOCATOR

ZEST ANCHORS, INC. (CALIFORNIA COR-
   PORATION)
2061 WINERIDGE PLACE, SUITE 100
ESCONDIDO, CA 92029

FOR: DENTAL IMPLANTS AND ATTACH-
MENTS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 9-9-1999; IN COMMERCE 10-12-1999.

SN 75-818,127, FILED 10-8-1999.

FRED MANDIR, EXAMINING ATTORNEY

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS014433
Cashier ID: bhartman
Transaction Date: 06/09/2010
Payer Name: TIME MACHINE NETWORK
----------------------------------
CIVIL FILING FEE
 For: ZEST IP HOLDINGS V BLUE SKY
 Case/Party: D-CAS-3-10-CV-001232-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 81946
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```

7

ORIGINAL VIA FAX

JS 44 (REV. 12/07)

**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

2010 JUN -9 PM 3: 09

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Zest IP Holdings, LLC, Zest Anchors, LLC | BLUE SKY BIO, LLC, an Illinois limited liability company |

**(b)** County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Lake County IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Brandon Baum (CBA No. 121318)
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650 331-2080

Lisa M. Ferri (Pro Hac Vice to be filed)
Brian W. Nolan (Pro Hac Vic to be filed)
1675 Broadway
New York, NY 10019
212 506 2500

Attorneys (If Known)

BY: DEPUTY

'10 CV 1232 WQH POR

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | or Defendant) | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities – | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities – | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. sec. 271 et seq.; 15 U.S.C. sec. 1114 et seq.; 15 U.S.C. sec. 1125 et seq.

Brief description of cause:
Patent Infringement and Trademark Infringement

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE
June 9, 2010

SIGNATURE OF ATTORNEY OF RECORD
Brandon Baum (CBA No. 121318)

FOR OFFICE USE ONLY

RECEIPT # 14433  AMOUNT $350  6/9/10 BH  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

American LegalNet, Inc.
www.FormsWorkflow.com